UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM<br>1425 Raspberry Ct.<br>Edison, NJ  08817<br><br>              Plaintiff,<br><br>    v.<br><br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>Office of the General Counsel<br>Washington, DC 20258,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Office of the General Counsel<br>Washington, DC 20258,<br><br>EDUARDO AGUIRRE, JR., DIRECTOR<br>U.S. Citizenship and Immigration Services<br>U.S. Department of Homeland Security<br>425 Eye St., NW<br>Washington, DC 20536,<br><br>U.S. Citizenship and Immigration Services<br>425 Eye St., NW<br>Washington, DC 20536,<br><br>PAUL NOVAK, DIRECTOR<br>Vermont Service Center<br>U.S. Citizenship and Immigration Services<br>75 Lower Welden Street<br>St. Albans, VT 05479-0001,<br><br>ROBERT MULLER, DIRECTOR<br>Federal Bureau of Investigation<br>Office of the General Counsel<br>Room 7427<br>935 Pennsylvania Avenue, NW<br>Washington, DC 20535, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-1710<br>ECF |

| | |
|---|---|
| **ALBERTO GONZALES** | ) |
| **U.S. Attorney General** | ) |
| **U.S. Department of Justice** | ) |
| **950 Pennsylvania Avenue, NW** | ) |
| **Washington, DC 20530-0001,** | ) |
| | ) |
| **UNITED STATES OF AMERICA** | ) |
| **U.S. Attorney** | ) |
| **555 Fourth Street, NW** | ) |
| **Washington, DC 20001** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September, 2005, I caused the foregoing Praecipe to be served on plaintiff, postage prepaid, addressed as follows:

Rajiv S. Khanna
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd.
Arlington, VA 22205

                                                  /s/

                                         MERCEDEH MOMENI
                                         Assistant United States Attorney
                                         555 4th Street, NW
                                         Washington, DC 20530
                                         (202) 305-4851
                                         (202) 514-8780 (facsimile)