UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

**CASE NUMBER 1:05CV01710**
**JUDGE: Rosemary M. Collyer**

### Affidavit of Service

    I, David P. Murphy, served the summons and complaint personally to the Office of the General Counsel, U.S. Department of Homeland Security on September 23, 2005. Ms. Frances Adams with the Office of General Counsel, U.S. Department of Homeland Securities accepted the personal service on behalf of the Office of the Secretary, Michael Chertoff, U.S. Department of Homeland Security.

Dated: October 5, 2005

David P. Murphy
Law Offices of Rajiv S. Khanna
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-44800 Extn.109