UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

                                        **CASE NUMBER 1:05CV01710**
                                        **JUDGE: Rosemary M. Collyer**

**Affidavit of Service**

     I, David P. Murphy, served the summons and complaint personally to the U.S. Citizenship and Immigration Services, Department of Homeland Security on September 2, 2005. Ms. Lakisha Richardson with the U.S. Citizenship and Immigration Services, Department of Homeland Security accepted the personal service on behalf of the Office of the Director, Eduardo Aguirre, Jr.

Dated: October 5, 2005

                                                David P. Murphy
                                              Law Offices of Rajiv S. Khanna
                                              5225 N. Wilson Blvd.
                                              Arlington, VA 22205
                                              (703) 908-44800 Extn.109