## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

**CASE NUMBER 1:05CV01710**
**JUDGE: Rosemary M. Collyer**

### Affidavit of Service

    I, David P. Murphy, served the summons and complaint personally to the U.S. Citizenship and Immigration Services, Department of Homeland Security on September 2, 2005.  Ms. Lakisha Richardson with the U.S. Citizenship and Immigration Services, Department of Homeland Security accepted the personal service on behalf of U.S. Citizenship and Immigration Services.

Dated: October 5, 2005

David P. Murphy
Law Offices of Rajiv S. Khanna
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-44800 Extn.109