UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:05CV01710
JUDGE: Rosemary M. Collyer

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Paul Novak, Director, Vermont Service Center, United States Citizenship & Immigration Service, 75 Lower Welden Street, St. Albans, VT 05479-0001 by U.S. Postal Service Certified Mail on September 6, 2005.

Dated: October 5, 2005

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

Re: Adam vs Chertoff

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

PAUL NOVAK, DIRECTOR
VERMONT SERVICE CENTER
U.S. CITIZENSHIP & IMMIGRATION SERVICE
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

Article Number: 7005 1160 0000 2506 6342
(Transfer from service label)

S Form 3811, February 2004   Domestic Return Receipt

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

SAINT ALBANS VT 05479

| | |
|---|---|
| Postage | $1.29 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.34 |

Sent To: PAUL NOVAK, DIRECTOR
Street, Apt. No.; or PO Box No.: VERMONT SERVICE CENTER, USCIS
City, State, ZIP+4: 75 Lower Welden St, St Albans, VT 05479-0001

PS Form 3800, June 2002   See Reverse for Instructions