UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

                                         **CASE NUMBER 1:05CV01710**
                                         **JUDGE: Rosemary M. Collyer**

**Affidavit of Service**

    I, David P. Murphy, served the summons and complaint personally to the Office of the General Counsel, Federal Bureau of Investigation on September 8, 2005.  Mr. Robert R. Brown with the Office of General Counsel, Federal Bureau of Investigation accepted the personal service on behalf of the Office of the Director, Robert Mueller.

Dated: October 5, 2005

                                              David P. Murphy
                                              Law Offices of Rajiv S. Khanna
                                              5225 N. Wilson Blvd.
                                              Arlington, VA 22205
                                              (703) 908-44800 Extn.109