UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

**CASE NUMBER 1:05CV01710**
**JUDGE: Rosemary M. Collyer**

### Affidavit of Service

    I, David P. Murphy, served the summons and complaint personally to the Office of the U.S. Attorney General, U.S. Department of Justice on September 8, 2005. Mr. Ernest Parker with the Office of the U.S. Attorney General accepted the personal service on behalf of the U.S. Attorney General, Department of Justice.

Dated: October 5, 2005

David P. Murphy
Law Offices of Rajiv S. Khanna
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-44800 Extn.109