UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Ismail Hassan Adam

    V.

Michael Chertoff, Secretary DHS, et. al.

                                            CASE NUMBER 1:05CV01710
                                            JUDGE: Rosemary M. Collyer


**Affidavit of Service**

      I, David P. Murphy, served the summons and complaint personally to the Office of the U.S. Attorney on September 2, 2005. Ms. Lori Cox with the Office of the U.S. Attorney accepted the personal service on behalf of the Office of the U.S. Attorney.


Dated: October 5, 2005


                                                        David P. Murphy
                                                        Law Offices of Rajiv S. Khanna
                                                        5225 N. Wilson Blvd.
                                                        Arlington, VA 22205
                                                        (703) 908-44800 Extn.109