UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05CV01710 (RMC) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| et al., ) | |
| ) | |
| Defendant ) | |
| ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

    Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants requests that the deadline for responding to Plaintiff's Complaint be extended 30 days, from November 1, 2005, to December 1, 2005. Undersigned counsel left a telephone message for Plaintiff's counsel requesting his position on the instant motion, but has not yet received a response. The grounds for this request are set forth below.

    Plaintiff seeks a writ of mandamus compelling Defendants to act upon his Employment-Based Adjustment of Status Application ("Application"). Complaint at 16. After review of the Complaint with agency counsel, Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. On November 1, 2005, agency counsel informed undersigned counsel that the FBI is in the process of completing its name check on the Plaintiff, and will forward the results to the U.S. Citizenship and Immigration Service ("USCIS") within the next few days. Upon receipt of the results of the FBI name check, USCIS will be able to assess Plaintiff's application and complete adjudication. This process is consistent with current USCIS practices and is contemplated under 8 C.F.R. 103.2(b)(18).

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to complete the name check, forward the results to

USCIS, and process Plaintiff's Application will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including December 1, 2005.

Dated: November 1, 2005.

                Respectfully submitted,

                /s/
                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                United States Attorney

                /s/
                R. CRAIG LAWRENCE, D.C. BAR # 171538
                Assistant United States Attorney

                /s/
                HEATHER R. PHILLIPS, CA BAR # 191620
                Assistant United States Attorney
                Judiciary Center Building
                555 4th Street, N.W. - Civil Division
                Washington, D.C.  20530
                (202) 514-7139

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ISMAIL HASSAN ADAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Civil Action No. 05CV01710 (RMC) |
| | ) | |
| **MICHAEL CHERTOFF,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2005 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE