UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>et al., )<br>)<br>Defendant )<br>) | Civil Action No. 05CV01710 (RMC) |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants requests that the deadline for responding to Plaintiff's Complaint be extended 150 days, from December 1, 2005 to April 26, 2006. Undersigned counsel left a telephone message for Plaintiff's counsel requesting his position on the instant motion, but has not yet received a response. The grounds for this request are set forth below.

Plaintiff seeks a writ of mandamus compelling Defendants to act upon his Employment-Based Adjustment of Status Application ("Application"). Complaint at 16. After review of the Complaint with agency counsel, Defendant believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. On November 30, 2005, Defendant issued Plaintiff a Request for Further Information ("RFE") with respect to his Application. Exhibit 1. Therefore, Defendant has begun the process of acting on Plaintiff's Application – the very action Plaintiff has requested in filing his Complaint. Plaintiff has until February 25, 2006 to respond to the RFE. Exhibit 1 at 1. Defendant will need sufficient time after Plaintiff responds to the RFE to assess any information Plaintiff submits. Therefore, Defendant is requesting an additional sixty days from Plaintiff's response date of February 25, 2006, until April 26, 2006, to ensure that the Application has been fully adjudicated.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant additional time to receive evidence from Plaintiff in response to the RFE and subsequently assess that evidence will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including April 26, 2006.

Dated: November 30, 2005.

                        Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7139

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>et al., )<br>)<br>Defendant )<br>_____) | Civil Action No. 05CV01710 (RMC) |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2005 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE