U.S. Department of Homeland Security
United States Citizenship and Immigration Services

**Notice of Action**
Page 1

| Applicant/Petitioner A# | Application/Petition |
|---|---|
| A95909308 | Application to Register Permanent Residence or Adjust Status (Form I-485) |
| **Receipt #** | **Applicant/Petitioner** |
| EAC0222952530 | ADAM ISMAIL HASSAN |
| **Notice Date** | **Page** | **Beneficiary** |
| November 30, 2005 | 1 | |

ISMAIL HASSAN ADAM
C/O RAJIV S KHANNA ESQ
5225 N WILSON BLVD
ARLINGTON VA, 22205

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.**

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE **February 25, 2006**.
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within **60 days** then you may contact the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

- Submit **complete** copies of federal income tax returns for all the years you have worked in the United States. Include the following:
  - Copies of all tax return schedules
  - Form 1099's
  - Form W2s, etc.
  - Sign all tax returns
- Submit Internal Revenue Service (IRS) transcripts of tax returns for all years you have worked in the United States (as above). If the IRS transcripts are not available, provide a letter from the IRS stating the unavailability.
- If you have worked in the United States but have not filed taxes, please submit a statement as to whom your employer was and why you did not file taxes for that tax year.
- Submit copies of all your sales statements (or settlement statements) for real estate properties or other assets, which you have purchased and/or sold in the United States, if so reported on your income tax returns.
- Submit a list of all your travel to and from the United States, since your first employment in the United States, to include:
  - Dates of travel
  - Cities and countries visited
  - Purpose of each trip

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER      464
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

Form I-797 (8/03/90) Y

U.S. Department of Homeland Security
United States Citizenship and Immigration Services

Notice of Action
Page 2

EAC0222952530

- Ports-of-entry and Class of Admission granted upon entry into the United States
- Submit an updated job offer letter from your petitioning employer.
- Submit a letter from your current employer stating the following:
  - Job description
  - Salary
  - Date of hire
  - Work schedule
  - If your current employer is no longer Merrill Lynch, also submit a letter from Merrill Lynch stating when your employment was terminated and the reasons surrounding your termination.
- Submit copies of every page of each passport you have used for travel anywhere in the world since your first employment in the United States.
- Submit a clarifying statement to the response provided on Form I-485 Part 3 Question C "List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none write "none." Include the name(s) of organization(s), location(s), dates of membership from and to and the nature of the organization(s). If addition space is need use a separate piece of paper." You listed three groups but failed to include the details that are required. Submit details to respond to the underlined sentence above for the three groups and any other group with which you have been affiliated.
- Submit an official certified document indicating the date and manner in which you became a Canadian Citizen.
- In your Complaint for Mandamus, filed on or about August 26, 2005, you indicate you have made numerous inquiries to USCIS regarding the status of your case. Please provide copies of submitted inquiries, along with proof of delivery or the method of delivery.
- Submit an affidavit and include the following:
- A list of your residential information from 1998 to present, both inside and outside the United States, and include the following:
  - Complete address
  - Name and telephone number of landlord
  - Name(s) and relationship(s) of each individual residing with you, at each location
- A list of your employment history from 1998, both inside and outside the United States, and include the following:
  - Name of the employer
  - Address of the employer
  - Supervisors' name and telephone number
  - Appropriate employment classification
  - Employment authorization documentation for each employer
  - If you maintained two separate residences, please indicate such, and where you physically resided and when
  - If you had more then one employer at the same time, please indicate such and explain your work schedule between multiple employers

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

464

Form I-797 (8/03/90) Y

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

Notice of Action
Page 3

EAC0222952530

- A Form G-28 has been received and it indicates your attorney is Rajiv Khanna. Previously, Inderjit K. Sidhu was listed as your attorney. This service will now recognized Rajiv Khanna as your attorney and will copy him/her on all further correspondence until otherwise informed by you.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS VT 05479-0001

464

Form I-797 (8/03/90) Y

U.S. Department of Homeland Security
United States Citizenship and Immigration Services

**Notice of Action**
Page 1

| Applicant/Petitioner A# | Application/Petition |
|---|---|
| A95909308 | Application to Register Permanent Residence or Adjust Status (Form I-485) |
| Receipt # | Applicant/Petitioner |
| EAC0222952530 | ADAM, ISMAIL HASSAN |
| Notice Date | Page | Beneficiary |
| November 30, 2005 | 1 | |

ISMAIL HASSAN ADAM
1425 RASPBERRY CT
EDISON NJ 08817

IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER AND MUST BE RESUBMITTED IN THE ORIGINAL WITH THE REQUESTED INFORMATION. WHEN YOU HAVE COMPLIED WITH THE INSTRUCTIONS ON THIS FORM, RESUBMIT THIS NOTICE AND ALL REQUESTED DOCUMENTS AND/OR INFORMATION.

1. YOUR RESPONSE MUST BE RECEIVED IN THIS OFFICE ON OR BEFORE February 25, 2006.
2. REGULATIONS REQUIRE THAT THE REQUESTED EVIDENCE BE SUBMITTED WITHIN 12 WEEKS.
3. ALL DOCUMENTATION REQUESTED SHOULD BE SUBMITTED TOGETHER.
4. SUBMISSIONS RECEIVED AFTER THE ABOVE DATE WILL NOT BE ACCEPTED.
5. YOU MAY NOT RECEIVE AN EXTENSION OF TIME IN ORDER TO SUBMIT THE REQUESTED DOCUMENTATION.

From the date this office receives your resubmission a minimum of 14 days will be required to process your form. If you have not heard from us within 60 days then you may contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

- Submit complete copies of federal income tax returns for all the years you have worked in the United States. Include the following:
    - Copies of all tax return schedules
    - Form 1099's
    - Form W2s, etc.
    - Sign all tax returns
- Submit Internal Revenue Service (IRS) transcripts of tax returns for all years you have worked in the United States (as above). If the IRS transcripts are not available, provide a letter from the IRS stating the unavailability.
- If you have worked in the United States but have not filed taxes, please submit a statement as to whom your employer was and why you did not file taxes for that tax year.
- Submit copies of all your sales statements (or settlement statements) for real estate properties or other assets, which you have purchased and/or sold in the United States, if so reported on your income tax returns.
- Submit a list of all your travel to and from the United States, since your first employment in the United States, to include:
    - Dates of travel
    - Cities and countries visited
    - Purpose of each trip

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER                              464
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

Form I-797 (8/03/90) Y

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

Notice of Action
Page 2

EAC0222952530

- Ports-of-entry and Class of Admission granted upon entry into the United States
- Submit an updated job offer letter from your petitioning employer.
- Submit a letter from your current employer stating the following:
  - Job description
  - Salary
  - Date of hire
  - Work schedule
  - If your current employer is no longer Merrill Lynch, also submit a letter from Merrill Lynch stating when your employment was terminated and the reasons surrounding your termination.
- Submit copies of every page of each passport you have used for travel anywhere in the world since your first employment in the United States.
- Submit a clarifying statement to the response provided on Form I-485 Part 3 Question C "List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none write "none." Include the name(s) of organization(s), location(s), dates of membership from and to and the nature of the organization(s). If addition space is need use a separate piece of paper." You listed three groups but failed to include the details that are required. Submit details to respond to the underlined sentence above for the three groups and any other group with which you have been affiliated.
- Submit an official certified document indicating the date and manner in which you became a Canadian Citizen.
- In your Complaint for Mandamus, filed on or about August 26, 2005, you indicate you have made numerous inquiries to USCIS regarding the status of your case. Please provide copies of submitted inquiries, along with proof of delivery or the method of delivery.
- Submit an affidavit and include the following:
- A list of your residential information from 1998 to present, both inside and outside the United States, and include the following:
  - Complete address
  - Name and telephone number of landlord
  - Name(s) and relationship(s) of each individual residing with you, at each location
- A list of your employment history from 1998, both inside and outside the United States, and include the following:
  - Name of the employer
  - Address of the employer
  - Supervisors' name and telephone number
  - Appropriate employment classification
  - Employment authorization documentation for each employer
  - If you maintained two separate residences, please indicate such, and where you physically resided and when
  - If you had more then one employer at the same time, please indicate such and explain your work schedule between multiple employers

---

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER                              464.
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

Form I-797 (8/03/90) Y

**U.S. Department of Homeland Security**
United States Citizenship and Immigration Services

**Notice of Action**
Page 3

EAC0222952530

- A Form G-28 has been received and it indicates your attorney is Rajiv Khanna. Previously, Inderjit K. Sidhu was listed as your attorney. This service will now recognized Rajiv Khanna as your attorney and will copy him/her on all further correspondence until otherwise informed by you.

You will be notified separately about any other applications or petitions you filed. Please enclose this original notice with your response. You may wish to make a copy of it for your records. If you write to us about this case, or if you file another application based on this decision, please enclose a copy of this notice. Our address is:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT 05479-0001

464

Form I-797 (8/03/90) Y