UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, ) <br> et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action No. 05CV01710 (RMC) |

DEFENDANTS' UNOPPOSED THIRD MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants request that the deadline for responding to Plaintiff's Complaint be further extended 90 days, from April 26, 2006, to July 25, 2006. Plaintiff's counsel informed undersigned counsel that he does not oppose this request for an enlargement of time. The grounds for this request are set forth below.

Plaintiff seeks a writ of mandamus compelling Defendants to act upon his Employment-Based Adjustment of Status Application ("Application"). Complaint at 16. After review of the Complaint with agency counsel, Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. On November 30, 2005, Defendant issued Plaintiff a Request for Further Information with respect to his Application. Plaintiff provided further information, and on April 10, 2006, Defendants scheduled an interview with Plaintiff on April 26, 2006 respecting his Application. See Exhibit 1. Plaintiff was instructed to bring documentation to the interview, but in the event he did not have all requested information readily available, was granted an additional 12 weeks to obtain the required information. Id. at 2. Therefore, Defendants are in the process of acting on Plaintiff's Application – the very action Plaintiff has requested in filing his Complaint. Given that Plaintiff's interview has been

scheduled for April 26, 2006, and that Plaintiff has been given a further 12 weeks to provide requested information, Defendants need additional time to assess Plaintiff's Application. Therefore, Defendants are requesting an additional 90 days to respond to Plaintiff's Complaint to ensure that the Application has been fully adjudicated.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants additional time to conduct Plaintiff's interview and receive evidence from Plaintiff and subsequently assess that evidence will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including July 25, 2006.

Dated: April 26, 2006.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER R. PHILLIPS, CA BAR # 191620
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7139

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL HASSAN ADAM,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MICHAEL CHERTOFF,** )<br>et al., )<br>)<br>**Defendants** )<br>_____) | **Civil Action No. 05CV01710 (RMC)** |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this \_\_\_ day of _____, 2006 hereby:

   ORDERED that the Defendants' Motion is GRANTED.

   SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE