04/26/06 WED 09:23 FAX 802 2887838   Service Center Counsel   ☒002
Fax sent by :  _____
Case 1:05-cv-01710-RMC   Document 13-2   Filed 04/26/2006   Page 1 of 2
04-25-06 19:57   Pg: 2/3

U.S. Department of Homeland Security
Citizenship and Immigration Services
970 Broad Street, Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

Ismail Hassan Adam
1425 Raspberry Ct
Edison, NJ 08817

File Number A95 909 308

Date: APR 1 0 2006

Cc: Rajiv S. Khanna   5225 N Wilson Blvd, Arlington, VA 22205

Please come to the office shown below at the time and place indicated in connection with an official matter.

| | | Room No. | Floor No. |
|---|---|---|---|
| OFFICE LOCATION | 970 Broad Street Newark, N.J. 07102 | 1512 | 15th |
| DATE AND HOUR | April 26, 2006 @ 10:00 AM | | |
| ASK FOR | Mr. Owen | | |
| REASON FOR APPOINTMENT | I-485 Application to Adjust Status | | |
| BRING WITH YOU | This letter, A copy of your 2005 federal income taxes (if available), All passports current and expired, Any and all I-94 cards issued to you upon entry into the United States, All other identification such as a current driver's license, EAD cards, school ID cards, etc. *SEE ATTACHMENT TO FORM G-56 FOR ADDITIONAL DOCUMENT REQUIREMENTS* | | |

This interview may be audio/video recorded.
IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

**FAILURE TO COMPLY WITH REQUESTED MAY RESULT IN DENIAL OF YOUR APPLICATION**

| SIGNATURE | DATE |
|---|---|
| | |

Very Truly Yours,

Andrea J. Quarantillo
District Director

Form G-56 (Rev. 11-14-03)Y

U.S. Department of Homeland Security
Citizenship and Immigration Services
970 Broad Street, Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

Ismail Hassan Adam
1425 Raspberry Ct
Edison, NJ 08817

File Number A95 909 308

## ATTACHMENT TO FORM G-56

## ADDITIONAL DOCUMENT REQUIREMENTS

In addition to the material stated on the first page of this notice, you must bring to the interview the following information:

Your original birth certificate with a certified English translation. Note that the translation must be properly notarized and signed with an original signature.

Evidence that your marriage to Lmia Mursal is bonafide. (i.e. joint bank account statements, bills, lease agreements, photographs, etc.)

Your original marriage certificate with a certified English translation. Note that the translation must be properly notarized and signed with an original signature.

A record of wages earned and proof of employment with *VirtualModem – Interactive Channel Technologies*, and *LAN Solutions*. Proof of employment must be evidence other than employment letters and may include pay stubs, tax records, etc.

Original transcripts from the University of Khartoum listing courses taken, dates of attendance, and any degrees or certificates earned.

An updated "Supplemental Form to I-693" indicating that the second dose of the Varicella vaccination has been administered and all immunizations are current.

Important Notice: If you are unable to provide the requested evidence at the time of interview, you will be granted 12 weeks *from the date of this notice* to submit the information. Failure to submit this evidence within the specified time period may result in denial of your application.