UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05CV01710 (RMC) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

**ATTORNEY APPEARANCE**

The clerk of this court will please enter the appearance of Assistant United States Attorney Andrea McBarnette as counsel for the defendant in the above captioned case and withdraw the appearance of Assistant United States Attorney Heather Phillips.

 Respectfully submitted,

 /S/
 ANDREA McBARNETTE, D.C. Bar # 483789
 Assistant United States Attorney
 Judiciary Center Building
 555 Fourth Street, N.W.
 Washington, D.C. 20530
 (202) 514-7153

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Attorney Appearance was filed via the Court's electronic filing system on July 17, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Rajiv Khanna
Law Offices of Rajiv Khanna
5225 N. Wilson Boulevard
Arlington, Va 22205
703 908 4800 ext. 110
703 908 4890 (fax)
rskhanna@immigration.com

                                         /S/
                                 ANDREA McBARNETTE
                                 Assistant United States Attorney