UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05CV01710 (RMC) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |
| ) | |

DEFENDANTS' FOURTH MOTION FOR ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants request that the deadline for responding to Plaintiff's Complaint be further extended 30 days, from July 25, 2006 to August 25, 2006. Plaintiff opposes this request for an enlargement of time. The grounds for this request are set forth below.

Plaintiff seeks a writ of mandamus compelling Defendants to act upon his Employment-Based Adjustment of Status Application ("Application"). Complaint at 16. Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. This week, the undersigned has not been able to reach agency counsel to confirm the status of this case, as agency counsel is out of the office for the week. However, the undersigned had been informed earlier that Defendants are in the process of acting on Plaintiff's Application – the very action Plaintiff has requested in filing his Complaint. Therefore, Defendants request an additional 30 days to ensure that the Application has been fully adjudicated.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants additional time will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including August 25, 2006.

Dated: April 26, 2006.

        Respectfully submitted,

        /s/
        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        ANDREA MCBARNETTE, D.C. BAR #483789
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W. - Civil Division
        Washington, D.C.  20530
        (202) 514-7139

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>et al., )<br>)<br>Defendants )<br>_____) | Civil Action No. 05CV01710 (RMC) |

### **ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

it is this ___ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing <u>DEFENDANTS' FOURTH MOTION FOR ENLARGEMENT OF TIME</u> and the accompanying proposed Order was filed via the Court's electronic filing system on this July 19, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Rajiv Khanna
Law Offices of Rajiv Khanna
5225 N. Wilson Boulevard
Arlington, Va 22205
703 908 4800 ext. 110
703 908 4890 (fax)
rskhanna@immigration.com

                                          /S/
                                 ANDREA McBARNETTE, D.C. Bar #483789
                                 Assistant United States Attorney
                                 555 Fourth Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 514-7153