*District Director*

U.S. Department of Homeland Security
970 Broad Street
Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

**ISMAIL HASSAN ADAM**
1425 Raspberry Court
Edison, NJ 08817

Date: 8/24/06
A 95 909 308

### DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT

Upon consideration it is ordered that your application for status as a permanent resident be denied for the following reason:

On June 28, 2002 you filed Form I-485 **Application to Register Permanent Residence or Adjust Status,** (hereinafter referred to as I-485). Your request to adjust your status to that of permanent resident was based on an approved **Immigrant Petition for Alien Worker,** (hereinafter referred to as I-140).

An interview was held on April 26, 2006 in the Newark District Office. You were provided notice of that interview date by correspondence from the United States Citizenship and Immigration Services, (hereinafter referred to as the Service), dated April 10, 2005. A copy of the scheduling notice was also sent to your attorney. Your attorney did not appear and you decided, after being permitted to make a telephone call to him, to proceed with the interview.

Attached to the notice sent to you was a list of additional documents that you were required to submit to the Service. You were requested to submit the following documents either on the date of the interview, or within *"12 weeks from the date of this notice:"*
1. Your original birth certificate with a certified English translation.
2. Evidence that your marriage to Lmia Mursal is bonafide.
3. Your original marriage certificate with a certified English translation.
4. A record of wages earned and proof of employment with VirtualModem – Interactive Channel Technologies, and Lan Solutions.
5. Original transcripts from the University of Khartoum listing courses taken, dates of attendance, and any degrees or certificates earned.

Additionally, the attachment states *"Failure to submit the evidence within the specified time period may result in the denial of your application."*

At the conclusion of the interview you were given Form I-72 requesting additional documents. Specifically, you were requested to submit the following: COPY OF ANY AND ALL CHECKS OF CHARITABLE CONTRIBUTIONS YOU CLAIMED TO HAVE MADE FROM 1998 THROUGH 2004; RECEIPTS FROM ANY CHARITABLE ORGANIZATIONS THAT YOU HAVE GIVEN MONEY OR NON-CASH GIFTS OF CHARITY.

8 CFR 103.2(b)(11) states:

*All evidence submitted in response to a Service request must be submitted at one time. The submission of only some of the requested evidence will be considered a request for a decision based on the record.*

8 CFR 103.2(b)(13) states in pertinent part:

*Effect of failure to respond to a request for evidence or appearance. If all requested initial evidence and requested additional evidence is not submitted by the required date, the application or petition shall be considered abandoned and, accordingly, shall be denied.*

In response to the request for evidence from the Service, you submitted, on or about May 16, 2006, a document titled "TO WHOM IT MAY CONCERN AFFIDAVIT." This document is an alleged listing of your charitable contributions from 1998 to 2005. It contains a schedule that identifies amounts and recipients of your contributions. Absence from the schedule is any mention of your claimed contributions to the Salvation Army. Additionally, you did not provide any canceled checks or receipts as requested in the Form I-72 given to you the date of the interview. You did provide a statement from the United Way listing your pledges to that organization from 2000 to 2005, which you refer to as a receipt. Also absent in your submission are any of the documents that you were requested to submit in the attachment to the notice sent to you on April 10, 2006.

The Service does not consider your submission responsive to the request for additional evidence. You never indicated that during your interview that you would have any problem providing any of the requested information. You have been given more than 4 months to gather the requested documents and submit them to the Service.

Based on the abovementioned facts, the Service considers your application abandoned and is hereby denied. If you fail to depart from the United States, proceedings will be instituted to enforce your departure. Any work authorization given to you is hereby revoked.

Sincerely yours,

Andrea J. Quarantillo
District Director

Regular Mail
EDS
cc: Rajiv S. Khanna, Esq.