UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISMAIL HASSAN ADAM,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MICHAEL CHERTOFF,** )<br>**et al.,** )<br>)<br>**Defendants** )<br>_____ ) | **Civil Action No. 05CV01710 (RMC)** |

### ORDER

UPON CONSIDERATION of the Defendants' Motion to Dismiss, it is this ___ day of _____, 2006 hereby:

ORDERED that Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE