UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM,<br><br>      **Plaintiff,**<br>v.<br><br>MICHAEL CHERTOFF,<br>et al.,<br><br>      **Defendants** | )<br>)<br>)<br>)    Civil Action No. 05CV01710 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF ERRATA

Defendants filed a motion to dismiss for mootness on August 25, 2006. Defendants hereby withdraw that motion and today file the corrected motion to dismiss for mootness. Defendants apologize for any inconvenience to the Court or opposing counsel.

Dated: August 30, 2006

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Errata was filed via the Court's electronic filing system on this August 30, 2006 and is expected to be served by the Court's electronic transmission facilities on:

Rajiv Khanna
Law Offices of Rajiv Khanna
5225 N. Wilson Boulevard
Arlington, Va 22205
703 908 4800 ext. 110
703 908 4890 (fax)
rskhanna@immigration.com

                                            /S/
                                  ANDREA McBARNETTE, D.C. Bar  #483789
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 Fourth Street, N.W.,
                                  Washington, D.C. 20530
                                  (202) 514-7153