**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Ismail Hassan Adam,              )
                                 )
              Plaintiff,         )
                                 )
        V.                       )           **CASE NUMBER 1:05CV01710**
                                 )           **JUDGE: Rosemary M. Collyer**
Michael Chertoff,                )
et. al.,                         )
                                 )
              Defendants         )
_____)

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO**
**ANSWER TO DEFENDANTS' MOTION TO DISMISS FOR**
**MOOTNESS**

Plaintiff, Ismail Hassan Adam, by and through his attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer to defendants' Motion to Dismiss for Mootness until, September 23, 2006. The answer is now due on Saturday 9, 2006. This is the first request by Plaintiff for an extension. Counsel for Defendants consent to the filing of this motion.

Plaintiff has brought this action challenging delays in processing the Plaintiff's Employment-Based Adjustment of Status Application pending before the United States Citizenship & Immigration Service (USCIS) and requesting mandamus, as well as declaratory and injunctive relief.

The Motion to Dismiss for Mootness raises issues that require extensive review of the law and deliberation with the Plaintiff. In the meantime a motion for reconsideration is also being prepared for presentment to Defendant USCIS.

This motion is not for purposes of delay but for good cause shown.


Dated: 7 September 2006

Respectfully submitted,


_____
RAJIV S. KHANNA,
Attorney for Plaintiff's
D.C. Bar No. 419023

Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: 703-908-4800, Extension 110
Facsimile: 703-908-4890
e-mail: rskhanna@immigration.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ismail Hassan Adam, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **CASE NUMBER 1:05CV01710** |
| | ) | **JUDGE: Rosemary M. Collyer** |
| Michael Chertoff, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants | ) | |
| _____) | | |

## <u>ORDER</u>

Upon consideration of Consent Motion for Enlargement of Time to Answer to Defendants' Motion to Dismiss for Mootness filed before this court;

IT IS ORDERED that Consent Motion for Enlargement of Time is hereby GRANTED.  Plaintiff is ordered to respond to the Defendants' motion by September 23, 2006.

Dated: _____ 2006

_____
ROSEMARY M. COLLYER
United States District Court Judge

cc to:
Rajiv S. Khanna
Attorney for Plaintiff
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205

Kenneth L. Wainstein
United States Attorney
Judiciary Center Building

555 Fourth Street, N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Andrea McBarnette
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

## STATEMENT IN LIEU OF CERTIFICATE OF SERVICE

Pursuant to LCivR 5.4(d), a certificate of service is not required in this matter because the attached filing was made electronically and to the best of my knowledge, information and belief, all Defendants are notified through the Electronic Case Filing System.

Dated: 7 September 2006

Respectfully submitted,

_____

RAJIV S. KHANNA,
Attorney for Plaintiffs
D.C. Bar No. 419023

Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: 703-908-4800, Extension 110
Facsimile: 703-908-4890
e-mail: rskhanna@immigration.com