UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ISMAIL HASSAN ADAM )<br>)<br>…Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, et al., )<br>)<br>…Defendants )<br>)<br>_____) | Civil Action No.: 05CV01710 (RMC) |

## RESPONSE TO DEFENDANTS MOTION TO DISMISS FOR MOOTNESS

Plaintiff hereby responds to the Defendant's Motion to Dismiss Plaintiff's Complaint for Mootness (Motion). Plaintiff has brought this action challenging unreasonable delays in processing the Plaintiff's Employment-Based Adjustment of Status (AOS) application pending before the Vermont Service Center of the United States Citizenship & Immigration Services (USCIS) and requesting mandamus, as well as declaratory and injunctive relief (Complaint).

### Summary Submission

Defendants have denied Plaintiff's pending application based primarily on the grounds that Plaintiff has abandoned his application. Such a contention is *prima facie* incredible where the Plaintiff has filed a lawsuit to obtain adjudication of his AOS application. To hold that such a diligent Plaintiff is guilty of abandonment is unreasonable at best and gross abuse of a Plaintiff's rights at worst, amounting to a

punitive measure discouraging grievants from exercising their constitutional and statutory rights in moving courts for delayed applications.

Plaintiff has applied for a reconsideration of said denial. In the interest of justice, pending the outcome of the requested reconsideration, adjudication of defendants' motion should be postponed.

**Detailed Submissions**

Plaintiff's AOS application was pending as of the date of this Complaint before the Vermont Service Center and the Newark District Office of the USCIS since June 28, 2002.

On August 24, 2006, Defendant USCIS denied Plaintiff's AOS application and also revoked the work authorization granted to the Plaintiff.

The sole ground for the denial of the AOS application was the non-submission of the requested documentation and consequent abandonment of the AOS application by the Plaintiff.

On September 13, 2006, the Plaintiff filed a Motion to Reopen and Reconsider with the Defendant USCIS against the denial dated August 24, 2006. In the Motion to Reopen and Reconsider, the Plaintiff stated on oath that he had taken with him all the documents as requested by the Defendant USCIS, which he had indicated to the adjudicating officer at the time of the Interview on April 26, 2006. A copy of the Motion to Reopen and Reconsider is attached herewith as **Exhibit – A**, which may be read as a part of this submission.

Plaintiff who is actively pursuing the instant Complaint on the ground of non-adjudication of the AOS application by the Defendant USCIS could not have possibly

2

abandoned his AOS application himself. The above contention is facially illogical. It appears that the AOS application was denied at best erroneously and at worst in bad faith.

Secondly, there were conflicting instructions issued by the USCIS. On one hand Defendant USCIS by their notice dated April 10, 2006, requested the Plaintiff to bring along with him several documents at the time of the Interview on April 26, 2006, and on the other hand, when the Plaintiff appeared for the Interview on April 26, 2006, the adjudicating officer of the USCIS only requested for the following three documents:

(a) Supplement to Form I-693;
(b) Two original passports issued in favor of the Plaintiff; and
(c) Latest Employment Authorization Document issued in favor of the Plaintiff.

The Defendant USCIS never asked for any other document from the Plaintiff at the time of the Interview on April 26, 2006.

The Defendant USCIS never reached the merits of the AOS and denied the AOS without reaching the merits of the AOS application.

Accordingly, Plaintiff respectfully submits that Defendants' motion be held in abeyance until a decision has been rendered on the Motion to Reopen and Reconsider filed by the Plaintiff on September 13, 2006 with the Defendant USCIS.

Dated: 21 September 2006

                                                          Respectfully submitted,

                                                          _____
                                                          RAJIV S. KHANNA,
                                                          Attorney for Plaintiff's
                                                          D.C. Bar No. 419023

Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: 703-908-4800, Extension 110
Facsimile: 703-908-4890
e-mail: rskhanna@immigration.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Ismail Hassan Adam            ) | |
|                Plaintiff    ) | |
| V.            ) | **CASE NUMBER 1:05CV01710** |
|               ) | **JUDGE: Rosemary M. Collyer** |
| Michael Chertoff            ) | |
| et. al.            ) | |
|                Defendants  ) | |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss for Mootness and Plaintiff's Response to it filed before this court;

IT IS ORDERED that Plaintiff's request is hereby GRANTED. The instant matter is held in abeyance until a decision has been rendered on the Motion to Reopen and Reconsider filed by the Plaintiff on September 13, 2006 with the Defendant USCIS.

Dated: _____ 2006

                                                                                    _____
                                                                                     ROSEMARY M. COLLYER
                                                                                     United States District Court Judge

cc to:
Rajiv S. Khanna
Attorney for Plaintiff
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205

Kenneth L. Wainstein
United States Attorney
Judiciary Center Building

555 Fourth Street, N.W.
Washington, D.C. 20530

Rudolph Contreras
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Andrea McBernette
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

**STATEMENT IN LIEU OF CERTIFICATE OF SERVICE**

Pursuant to LCivR 5.4(d), a certificate of service is not required in this matter because the attached filing was made electronically and to the best of my knowledge, information and belief, all Defendants are notified through the Electronic Case Filing System.

Dated: 21 September 2006

                                                     Respectfully submitted,

                                                     _____
                                                   RAJIV S. KHANNA,
                                                   Attorney for Plaintiffs
                                                   D.C. Bar No. 419023

                                                   Law Offices of Rajiv S. Khanna, P.C.
                                                   5225 N. Wilson Boulevard
                                                   Arlington, Virginia 22205
                                                   Phone: 703-908-4800, Extension 110
                                                   Facsimile: 703-908-4890
                                                   e-mail: rskhanna@immigration.com