# Law Offices of Rajiv S. Khanna, PC



Practicing US Immigration Law in all fifty states and abroad. Attorneys admitted in: DC, VA and NY.

13 September 2006

United States Department of Homeland Security
United States Citizenship & Immigration Services
Attn: District Director
970 Broad Street
Newark, NJ-07102

**In The Matter of:**

**Ismail Hassan Adam**

       ...Applicant            EAC0222952530
                                A95909308

**MOTION TO REOPEN AND RECONSIDER**

Dear Sir or Madam:

Enclosed please find the following documentation:

    (i)        Check in the amount of $385.00;
    (ii)       G-28 in favor of the counsel;
    (iii)     Motion to Reopen and Reconsider Brief with attached exhibits.

Thank you for your attention to the matter.

Sincerely,

Rajiv S. Khanna

5225 N. Wilson Blvd.
Arlington, VA 22205-1148

Phone: (703) 908-4800
Fax:    (703) 908-4890

firm@immigration.com
firm@businesslaw.com
www.immigration.com

Attorneys:

Rajiv S. Khanna *
Jitesh Malik +
Mathew Chacko +

* Admitted to practice law in DC, VA
+ Admitted to practice law in NY

**ISMAIL H ADAM**
1425 RASPBERRY CT
EDISON, NJ  08817-2729

*Merrill Lynch* **DIRECT**     781

25-80/440

DATE 09 - 01 - 06

PAY TO THE
ORDER OF  Department of Homeland Security     $ 385.00

Three Hundred & Eighty five     DOLLARS

Merrill Lynch
Bank One, NA
Columbus, Ohio 43271

Security
Features
Details on
Back.

MEMO  MTR

⑆044000804⑆ 041112908232⑈ 0781

© HARLAND 2001

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Form I-485 Adjustment of Status Application/Motion to Reopen | Date | / / |
|---|---|---|---|
| | Applicant: ADAM, Ismail Hassan | File No. | A95-909-308 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name | | | ☐ Petitioner     ☒ Applicant |
|---|---|---|---|
| Ismail | Hassan | ADAM | ☐ Beneficiary |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | 1425 Raspberry Court | Edison | NJ | 08817 |

| Name | | | ☐ Petitioner     ☐ Applicant |
|---|---|---|---|
| | | | ☐ Beneficiary |

| Address (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|
| | | | | |

*Check applicable Item(s) below:*

☒ **1.** I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

    **Wash. DC / N.Y.**      **DC Ct. of App./Sup.Ct**
    <sub>Name of Court</sub>     and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ **2.** I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ **3.** I am associated with

    the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ **4.** Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Law Offices of Rajiv S. Khanna, PC |
| | 5225 N. Wilson Blvd. |
| | Arlington          VA   22205 |
| NAME (Type or Print) | TELEPHONE NUMBER |
| Rajiv S. Khanna / Jitesh Malik / Mathew Chacko | 703-908-4800     703-908-4890 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*
    **Law Offices Of Rajiv S. Khanna, P.C.**

                                <sub>(Name of Attorney or Representative)</sub>

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
**Form I-485 Adjustment of Status Application/Motion to Reopen**

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| ADAM, Ismail Hassan | | 09-01-06 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

    This form may not be used to request records under the Freedom of information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
ST. ALBANS, VT-05479

In The Matter of:

Ismail Hassan Adam
             ...Applicant                    EAC0222952530
                                             A95909308

## MOTION TO REOPEN AND RECONSIDER

Pursuant to 8 C.F.R. §103.5(a)(2) & (3), the above referenced Applicant, by and through counsel, respectfully requests the U.S. Citizenship & Immigration Service (Service) to reopen and reconsider the request for the grant of immigrant petition in favor of Mr. Ismail Hassan Adam, the beneficiary.

As grounds for the requested relief, the Applicant submits as follows:

## SUMMARY SUBMISSION

Applicant's denial of the AOS application is prima facie erroneous. During the Interview, the Applicant indicated to the adjudicating officer that he had brought with him all the original documentation listed by them in their Interview notice dated April 10, 2006.

## FACTS AND DECISION

On March 8, 2002, Real Soft submitted an I-140 immigrant petition on behalf of Ismail Hassan Adam, which was approved on April 24, 2002 (Receipt Number: **EAC0212851939**). Enclosed please find as **Exhibit A**, a copy of the I-797 approval notice.

On June 27, 2002, the Applicant submitted an I-485 application to adjust to permanent resident status (AOS) (Receipt Number: **EAC0222952530**). Enclosed please find as **Exhibit B**, copy of the I-485 petition filed in favor of the Applicant.

On April 10, 2006, the Service issued a notice for Plaintiff's interview on April 26, 2006. By notice dated April 10, 2006, the Service also notified the Plaintiff to bring along with him few documents at the time of his interview on April 26, 2006. Enclosed please find as **Exhibit C**, a copy of the interview notice dated April 10, 2006. The list of documents included:

        (i)        Applicant's original birth certificate with a certified English translation;

(ii)     Evidence that Applicant's marriage to Lmia Mursal is bonafide (i.e. joint bank account statements, bills, lease agreements, photographs, etc.);

(iii)    Applicant's original marriage certificate with a English translation;

(iv)    A record of wages earned and proof of employment with VirtualModem-Interactive Channel Technologies, and LAN Solutions. Proof of employment must be evidence other than employment letters and may include pay stubs, tax records, etc.;

(v)     Original transcripts from the University of Khartoum listing courses taken, dates of attendance, and any degrees or certificates earned;

(vi)    An updated "Supplemental Form to I-693" indicating that the second dose of the Varicella vaccination has been administered and all immunizations are current.

On April 26, 2006, the Applicant appeared for the interview before the Newark District Office of the USCIS. As per the request of USCIS, the Applicant had taken with him all the documents listed above at the time of his interview. During the Interview, the Applicant indicated to the adjudicating officer that he had brought with him all the original documentation listed by them in their Interview notice dated April 10, 2006.

During the Interview, the adjudicating officer only requested for the following three documents:

(a)     Supplement to Form I-693;

(b)     Two original passports issued in favor of the Applicant; and

(c)     Latest Employment Authorization Document issued in favor of the Applicant.

Out of three documents listed above, the adjudicating officer only returned the two original passports to the Applicant. The adjudicating officer kept supplement to Form I-693 and the Applicant's latest Employment Authorization Document with him. Enclosed please find as **Exhibit D**, an affidavit by the Applicant in this regard.

In addition during the interview the adjudicating officer questioned the Applicant about any charitable contributions made by him to any of the organization. In response, the Applicant mentioned that he had made charitable contributions to United Way. In addition, the Applicant mentioned in passing that in the past he might have made several cash contributions to Salvation Army but he did not remember the amounts or the dates of those contributions. During the Interview the Applicant also mentioned that he had not taken any deductions in the tax returns based on the charitable contributions made to Salvation Army.

At the conclusion of the interview on April 26, 2006, the Applicant was given Form I-72 requesting additional documents. Specifically, the Applicant was requested to submit the following:

2

> *Copy of any and all checks of charitable contributions you claimed to have made from 1998 through 2004; receipts from any charitable organizations that you have given money or non-cash gifts of charity.*

Enclosed please find as **Exhibit E**, a copy of the Form I-72 requesting additional documents.

On May 16, 2006, the Applicant responded to the request of the USCIS. In response to the request, the Applicant provided an affidavit listing all the contributions made to charitable organizations from 1998 through 2005. In addition, the Applicant submitted a receipt obtained from United Way, New York, NY where the Applicant had been making charitable contributions from 2000 onwards. Attached please find as **Exhibit F,** a copy of an affidavit with a receipt obtained from United Way.

On August 24, 2006 the Service denied Applicant's AOS petition on the following grounds:

> *In response to the request for evidence from the Service, you submitted, on or about May 16, 2006, a document titled "TO WHOM IT MAY CONCERN AFFIDAVIT". This document is an alleged listing of your charitable contribution from 1998 to 2005. It contains a schedule that identifies amounts and recipients of your contributions. Absent form the schedule is any mention of your claimed contribution to the Salvation Army. Additionally, you did not provide any canceled checks or receipts as requested in the Form I-72 given to you the date of the interview. You did provide statements from the United Way listing your pledges to that organization from 2000 to 2005, which you refer to as a receipt. Also absent in your submission are any of the documents that you were requested to submit in the attachment to the notice sent to you on April 10, 2006.*
>
> *The Service does not consider your submission responsive to the request for additional evidence. You never indicated that during your interview that you would have any problem proving any of the requested information. You have been given more than 4 months to gather the requested documents and submit them to the Service.*
>
> *Based on the above-mentioned facts the Service considers your application abandoned and is hereby denied. IF you fail to depart from the United States, proceedings will be instituted to enforce your departure. Any work authorization given to you is hereby revoked.*

Enclosed please find as **Exhibit G,** a copy of the decision issued by the Service.

3

## ARGUMENTS

1. **APPLICANT'S DENIAL OF THE AOS APPLICATION IS PRIMA FACIE ERRONEOUS:**

On May 16, 2006, the Applicant while responding to the request of the USCIS provided an affidavit listing all the contributions made to charitable organizations from 1998 through 2005. In addition, the Applicant submitted a receipt obtained from United Way, New York, NY where the Applicant had been making charitable contributions from 2000 onwards. Please refer to **Exhibit F** a copy of an affidavit with a receipt obtained from United Way.

Since the Applicant did not remember any specific contributions made to Salvation Army in any form, he did not put its details in the affidavits. As far as the Applicant remembers, these donations to Salvation Army were given in cash and the Applicant had no recollection as to when and where these donations were made. In addition, the Applicant does not have in his possession any of the cancelled checks or any receipts from Salvation Army.

The other ground for the denial of the AOS petition is the fact that the Applicant did not bring with him or submit documents at the time of the Interview requested in the Interview notice dated April 10, 2006. This is totally incorrect. Please refer to **Exhibit D**, an affidavit by the applicant to this effect. As per the request of USCIS, the Applicant had taken with him all the documents listed above at the time of his interview. During the Interview, the Applicant indicated to the adjudicating officer that he had brought with him all the original documentation listed by them in their Interview notice dated April 10, 2006.

During the Interview, the adjudicating officer only requested for the following three documents:

    (a) Supplement to Form I-693;
    (b) Two original passports issued in favor of the Applicant; and
    (c) Latest Employment Authorization Document issued in favor of the Applicant.

Out of three documents listed above, the adjudicating officer only returned the two original passports to the Applicant. The adjudicating officer kept supplement to Form I-693 and the Applicant's latest Employment Authorization Document with him. Please refer to **Exhibit D**, a copy of an affidavit by the Applicant in this regard.

2.    **APPLICANT IS HEREWITH SUBMITTING EVIDENCE REQUIRED BY THE SERVICE IN THE DENIAL:**

Please note that the Applicant during his personal interview on April 26, 2006 before the USCIS had the originals of the following documents, copies of which are being submitted herein:

(i)    A copy of the Applicant's birth certificate with a certified English Translation (see **Exhibit H**);

(ii)   Evidence that Applicant's marriage to Lmia Mursal is bonafide— To establish that the Applicant's marriage to Lima Mursal is bonafide, enclosed please find as **Exhibit I**, copies of federal tax returns filed by the Applicant and his wife jointly along with the photographs of their marriage. In addition, enclosed please find as **Exhibit J**, copy of Applicant's marriage certificate with an English translation;

(iii)  Proof of employment with VirtualModem-Interactive Channel Technologies, and LAN Solutions-- In this regard, enclosed please find as **Exhibit K**, a copy of the employment letter in favor of the applicant issued by VirtualModem-Interactive Channel Technologies along with a pay-stub issued by them in Applicant's favor. **Exhibit K** also consists of an affidavit by Mr. Abuobaida Abubakr, an ex-partner of the applicant. Please note that Mr. Abubakr and the applicant started their own business venture in 1994 by the name of LAN Solutions in Canada. Please note that the applicant continued with the business venture until 1996.

(iv)   A copy of the transcript from the University of Khartoum listing courses taken by the Applicant, the dates of his attendance, and the degree earned (see **Exhibit L**);

Please note that an updated "Supplemental Form to I-693" indicating that the second dose of the Varicella vaccination has been administered and all immunizations are current was submitted with the adjudicating officer at the time of the interview on April 26, 2006.

3.    **THERE IS NO RIGHT OF APPEAL:**

The law provides no right of appeal from the denial of the instant extension of status. Accordingly, the adjudication officer who decides this matter is the Applicant's only source of justice. Service's denial of instant motion to reopen would leave the Applicant no choice other than moving the appropriate court for review.

**5.  THERE IS NO PUBLIC POLICY REASON FOR DENYING THE REQUEST:**

The Applicant is a law-abiding person and has never intentionally violated any laws of the United States or any other country. Applicant has always maintained his legal status. In addition, the grant of the request is not barred by any public policy considerations.

**6.  THE INSTANT MOTION TO REOPEN SATISFIES THE REQUIRMENTS OF 8 C.F.R. §103.5(a)(3):**

This satisfies the requirements of 8 C.F.R. §103.5(a)(3):

Requirements for motion to reconsider: A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decision to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

## CONCLUSION

It is, therefore, requested that the instant motion to reopen and reconsider be granted and that the denial dated August 24, 2006, be withdrawn and Applicant's I-485 petition filed with the Service be re-opened and approved in accordance with law.

Thank you for your attention to this matter.

Sincerely,

Dated: September 12, 2006

Rajiv S. Khanna

6

**Exhibit A :**
**Copy of the I-797 approval notice.**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-128-51939 | | CASE TYPE  I140<br>IMMIGRANT PETITION FOR ALIEN WORKER |
| --- | --- | --- |
| RECEIPT DATE<br>March 8, 2002 | PRIORITY DATE<br>December 13, 2000 | PETITIONER<br>REAL SOFT |
| NOTICE DATE<br>April 24, 2002 | PAGE<br>1 of 1 | BENEFICIARY<br>ADAM, ISMAIL HASSAN |

| | |
| --- | --- |
| INDERJIT K. SIDHU ESQ<br>REAL SOFT INC<br>2540 ROUTE 130 NORTH SUITE 118<br>CRANBURY NJ 08512 | Notice Type:  Approval Notice<br>Section: Skilled Worker or<br>        Professional,<br>        Sec.203(b)(3)(A)(i) or (ii) |

The above petition has been approved.  The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status.  He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence.  A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center.  Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action.  The NVC also determines which consular post is the appropriate consulate to complete visa processing.  It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

I, INDERJIT K. SIDHU, ESQ.
CERTIFY THAT THE FOREGOING
IS A TRUE AND COMPLETE
COPY OF THE ORIGINAL.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797 (Rev. 09/07/93)N

**Exhibit B :**
**Copy of the I-485 petition filed in favor of the**
**Applicant.**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | | |
|---|---|---|---|
| EAC-02-229-52530 | | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIVED DATE June 27, 2002 | PRIORITY DATE | | |
| | | APPLICANT   A95 909 308 ADAM, ISMAIL H. | |
| NOTICE DATE June 28, 2002 | PAGE 1 of 1 | | |

INDERJIT K. SIDHU ESQ
REAL SOFT INC
2540 ROUTE 130 NORTH STE 118
CRANBURY NJ 08512

Notice Type:   Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct
          beneficiary of immigrant
          petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

I, INDERJIT K. SIDHU, ESQ.
CERTIFY THAT THE FOREGOING
IS A TRUE AND COMPLETE
COPY OF THE ORIGINAL.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



**Exhibit C:**
**A copy of the interview notice dated April 10, 2006.**

970 Broad Street, Newark, NJ 07162



**U.S. Citizenship and Immigration Services**

Ismail Hassan Adam
1425 Raspberry Ct
Edison, NJ 08817

File Number A95 909 308

Date: **APR 1 0 2005**

Cc: Rajiv S. Khanna   5225 N Wilson Blvd. Arlington, VA 22205

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | 970 Broad Street Newark, N.J. 07102 | Room No. 1512 | Floor No. 15th |
|---|---|---|---|
| DATE AND HOUR | April 26, 2006 @ 10:00 AM | | |
| ASK FOR | Mr. Owen | | |
| REASON FOR APPOINTMENT | I-485 Application to Adjust Status | | |
| BRING WITH YOU | This letter, A copy of your 2005 federal income taxes (if available), All passports current and expired, Any and all I-94 cards issued to you upon entry into the United States, All other identification such as a current driver's license, EAD cards, school ID cards, etc. **\*SEE ATTACHMENT TO FORM G-56 FOR ADDITIONAL DOCUMENT REQUIREMENTS\*** | | |

This interview may be audio/video recorded.
IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

## FAILURE TO COMPLY WITH REQUESTED MAY RESULT IN DENIAL OF YOUR APPLICATION

| | |
|---|---|
| | Very Truly Yours, |
| SIGNATURE | DATE |

Andrea J. Quarantillo
District Director

Form G-56 (Rev. 11-14-03)Y

 **U.S. Citizenship and Immigration Services**

Ismail Hassan Adam
1425 Raspberry Ct
Edison, NJ 08817

File Number A95 909 308

## ATTACHMENT TO FORM G-56

### ADDITIONAL DOCUMENT REQUIREMENTS

In addition to the material stated on the first page of this notice, you must bring to the interview the following information:

Your original birth certificate with a certified English translation. Note that the translation must be properly notarized and signed with an original signature.

Evidence that your marriage to Lmia Mursal is bonafide. (i.e. joint bank account statements, bills, lease agreements, photographs, etc.)

Your original marriage certificate with a certified English translation. Note that the translation must be properly notarized and signed with an original signature.

A record of wages earned and proof of employment with *VirtualModem – Interactive Channel Technologies*, and *LAN Solutions*. Proof of employment must be evidence other than employment letters and may include pay stubs, tax records, etc.

Original transcripts from the University of Khartoum listing courses taken, dates of attendance, and any degrees or certificates earned.

An updated "Supplemental Form to I-693" indicating that the second dose of the Varicella vaccination has been administered and all immunizations are current.

**Important Notice:** **If you are unable to provide the requested evidence at the time of interview, you will be granted 12 weeks *from the date of this notice* to submit the information. Failure to submit this evidence within the specified time period may result in denial of your application.**

**Exhibit D:**

**An affidavit by the Applicant in this regard.**

## **Affidavit**

I, Ismail Hassan Adam, do hereby solemnly state and affirm as under:

1.  I am over twenty-one years of age and competent to make this affidavit.
2.  I currently reside at 1425 Raspberry Ct. Edison, N.J.-08817.
3.  On April 26, 2006, I appeared for the interview before the Newark District Office of the USCIS. As per the request of USCIS, I had taken with me all the original documents listed in the Interview notice dated April 10, 2006.
4.  During the Interview, I indicated to the adjudicating officer that I had all the original documentation listed by them in their Interview notice dated April 10, 2006
5.  During the Interview, the adjudicating officer asked for the following three documents only:
    (a)   Supplement to Form I-693;
    (b)   Two passports issued in my favor; and
    (c)   Latest Employment Authorization Document issued in my favor.
6.  Out of three documents listed above, the adjudicating officer only returned me my two passports. He kept Supplement to Form I-693 and my latest Employment Authorization Document with him.

Ismail Hassan Adam

I hereby declare that under penalty of perjury pursuant to the laws of the United States of America (28 U.S.C. §1746) that the foregoing submissions are true to the best of my knowledge, information and belief.

Executed at Edison, N.J. on September 7, 2006.

Ismail Hassan Adam

**Exhibit E:**
**A copy of the Form I-72 requesting additional documents.**

**U.S. Citizenship
and Immigration
Services**

**U.S. Department of Homeland Security**
Peter W. Rodino, Jr. Federal Building
970 Broad Street
Newark, NJ 07102

_____

**Attn: E. DESTEFANO, DAO   13th Floor, Sec. 245**

NAME AND ADDRESS OF APPLICANT/PETITIONER

ISMAIL HASSAN ADAM

FILE NO: A95 909 308

DATE: Wednesday, April 26, 2006

__X__   A request for additional documentation is made. You are hereby accorded 90 days in which to submit the requested documentation or your application may be denied. Please allow an additional **180** days from receipt of the requested documentation before you make an inquiry so your application and the evidence submitted may be reviewed.   Please submit: COPY OF ANY AND ALL CHECKS OF CHARITABLE CONTRIBUTIONS YOU CLAIMED TO HAVE MADE FROM 1998 THROUGH 2004; RECEIPTS FROM ANY CHARITABLE ORGANIZATIONS THAT YOU HAVE GIVEN MONEY OR NON-CASH GIFTS OF CHARITY.

__X__   Your case is being held due to a fingerprint and/or security check that is required prior to adjustment of status. Please allow an additional **180** days from today's date or your new fingerprint processing date before you make inquiry so that your security check may be completed.

_____   Your case is being held for file review in order to prepare a denial. You will be advised by mail as to the basis for the denial within **180** days of today's interview date.

_____   Your priority date is not current at this time and your case will be held in abeyance until such time as a visa number is available for your priority date. Please refrain from inquiring on the status of your case until **180** days after a priority date is current.

_____   Your case is being rescheduled for another interview. Within **180** days you will be advised by mail as to the date and time to appear for another interview.

_____   Your case is being held for file review and you will receive a decision within **180** days. No additional information is necessary from you at this time.

_____   Your priority date does not make you currently eligible for a VISA.

**FOR FUTHER INFORMATION ABOUT YOUR CASE BE ADVISED OF THE FOLLOWING: IF OVER 180 DAYS HAS ELAPSED SINCE YOUR INTERVIEW AND YOU HAVE NOT RECEIVED ANY FURTHER UPDATES ON YOUR CASE YOU MAY EITHER WRITE TO THE ADJUDICATING OFFICERAT THE ADDRESS LISTED ABOVE OR GO ONLINE TO WWW.USCIS.GOV WEBSITE AND MAKE AN INFORPASS APPOINTMENT TO SPEAK WITH A USCIS IMMIGRATION INFORMATION OFFICER.**

**Officer Initials**

FORM I-72
(REV 4-1-83  MG 4/18/04)

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE**

**Exhibit F**:
**A copy of an affidavit with a receipt obtained from United Way.**

## TO WHOM IT MAY CONCERN

## AFFIDAVIT

I, Ismail Hassan Adam, do hereby solemnly state and affirm as under:

1.      I am over twenty-one years of age and competent to make this affidavit.

2.      I currently reside at 1425 Raspberry Ct., Edison, N.J.-08817.

3.      Below is the list of my contributions to charitable organizations from 1998 through 2005.

| Date | Amount Donated | Method of payment | Charity Name | Address/phone | Receipt Attached | Comments |
|------|----------------|-------------------|--------------|---------------|------------------|----------|
| 1998 | n/a | n/a | n/a | n/a | n/a | |
| 1999 | n/a | n/a | n/a | n/a | n/a | n/a |
| 2000 | $654.48 | Payroll pledges | United Way of Tri-State | 120 Wall St. 4th Fl NY, NY 10005 | Yes | |
| 2001 | $400 | gifts/cash | Gifts to friends | n/a | no | $300 cash for Mike Lambiaso's wedding in Parsippany, NJ and $100 worth of X-mas presents. |
| 2002 | $930 | payroll pledges /gifts | United Way of Tri-State gifts to friends | 120 Wall St. 4th Fl NY, NY 10005 | yes | $200 to United Way; $300 worth of food to Merrill Lynch food drive; $180 worth of gifts towards X-mas, weddings and baby showers; and $250 worth of clothing to Sudanese displaced in refugee camps in Sudan. |
| 2003 | $1,224 | payroll pledges gifts | United Way of Tri-State Business related gifts gifts to friends | 120 Wall St. 4th Fl NY, NY 10005 | yes | $200 to United Way; $300 worth of food to Merrill Lynch food drive; $375 business gifts; $350 Christmas, thanks giving, mother's day, baby showers, and weddings gifts. |
| 2004 | $1,245 | payroll pledges gifts | United Way of Central Jersey Business related gifts gifts to friends | 32 Ford Ave Milton, NJ 08850 | yes | $200 to United Way; $300 worth of food to Merrill Lynch food drive; $400 business gifts; and $345 worth of gifts for Christmas, thanks giving, mother's day, baby showers, weddings, and office gifts. |
| 2005 | $500 | payroll pledges gifts | United Way of Tri-State | 120 Wall St. 4th Fl NY, NY 10005 | yes | $200 to United Way; $250 Merrill Lynch food drive; and $50 Cancer Walk |

4.    Despite deponent's best efforts, no further evidence could be obtained.  Therefore, pursuant to 8 C.F.R. §103.2(b)(2) secondary evidence should be allowed for which this affidavit is being executed.


Dated: May 16, 2006

Ismail Hassan Adam

I hereby declare that under penalty of perjury pursuant to the laws of the United States of America (28 U.S.C. §1746) that the foregoing submissions are true to the best of my knowledge, information and belief.

Ismail Hassan Adam

**United Way**

**United Way of Tri-State**

**Chairman of the Board**
William G. Parrett
Deloitte Touche Tohmatsu

**Vice Chairman, Finance & Treasurer**
Kenneth J. Bauer
RailWorks Corporation

**Vice Chairman, Distribution**
Frederick W. Deming
Retired, The Chase Manhattan Corporation

**Secretary**
Paul A. Crotty
Verizon Communications

**Governors**
Joe Alvarez
AFL-CIO Northeast Region

Robert F. Arning
KPMG LLP

Charles A. Bauer
PricewaterhouseCoopers

Clayola Brown
Union of Needle Trades,
Industrial and Textile Employees

John Crum
United Way of New Canaan

William C. Freda
Deloitte Touche Tohmatsu

Richard M. Goligoski, CPA
United Way of Norwalk & Wilton

James H. Harrington
United Way of Greater Union County

Thomas W. Horton
AT&T

Denis Hughes
New York State AFL-CIO

Ann Johnson
Community Leader

Michael A. Massoni
Communications Workers of America
Local 1010, AFL-CIO

Stephen R. Miele
United Parcel Service

Edward D. Miller
AXA Financial, Inc.

Mitchell L. Moss, Ph.D.
Taub Urban Research Center

John W. Olsen
Connecticut AFL-CIO

Andrew J. Parsons
Retired, McKinsey & Co.

John N. Pike, Ph.D.
United Way of Westchester & Putnam

Frederick M. Poses
American Standard Companies

Fred M. Purdue
Pitney Bowes, Inc.

Michael I. Roth
The Interpublic Group of Companies, Inc.

Christopher M. Shelton
Communications Workers of America,
AFL-CIO, District 1

Sy Sternberg
New York Life Insurance Company

Richard R. Stumm
Automatic Data Processing, Inc.

William J. Toppeta
MetLife, Inc.

Gary C. Wendt
Retired, GE Capital

Don M. Wilson III
JPMorgan Chase

Robert C. Wright
National Broadcasting Company, Inc.

**Advisory Governors**
Matthew J. Harrington
Edelman Public Relations Worldwide

Fredric W. Yerman
Kaye, Scholer, Fierman, Hays & Handler

May 8, 2006

Mr. Ismail Adam
1425 Raspberry Court
Edison, NJ 08817

Dear Mr. Adam:

Thank you for your support and participation in the Merrill Lynch United Way campaign.

As requested, here is a record of your donations over the past few years:

| | | | |
|---|---|---|---|
| *2000* | *Total Pledge* | *$654.48* | |
| | $327.24 | United Way of Tri-State | Promoting |
| | Health/Wellness | | |
| | $327.24 | United Way of Tri-State | Helping Kids Succeed |
| *2002* | *Total Pledge* | *$200.00* | |
| | $200.00 | United Way of Tri-State | |
| *2003* | *Total Pledge* | *$200.00* | |
| | $200.00 | United Way of Tri-State | |
| *2004* | *Total Pledge* | *$200.00* | |
| | $200.00 | United Way of Central Jersey | |
| *2005* | *Total Pledge* | *$200.00* | |
| | $100.00 | United Way of Tri-State | Fostering Self- |
| | Sufficiency | | |
| | $100.00 | United Way of Tri-State | Accessing Healthcare |

Please contact me with any further questions. My direct # is 212-701-2744.

Sincerely,

Gary Doran
Campaign Director &VP

120 Wall Street, 4th Floor • New York, NY 10005-3998 • Phone 212.701.2600 • Fax 212.701.2655 • www.uwts.org

**Exhibit G:**
**A copy of the decision issued by the Service.**

District Director

**U.S. Department of Homeland Security**
970 Broad Street
Newark, NJ 07102



U.S. Citizenship
and Immigration
Services

**ISMAIL HASSAN ADAM**
1425 Raspberry Court
Edison, NJ 08817

Date: 8/24/06
A 95 909 308

## DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT

Upon consideration it is ordered that your application for status as a permanent resident be denied for the following reason:

On June 28, 2002 you filed Form I-485 **Application to Register Permanent Residence or Adjust Status,** (hereinafter referred to as I-485). Your request to adjust your status to that of permanent resident was based on an approved **Immigrant Petition for** Alien Worker, (hereinafter referred to as I-140).

An interview was held on April 26, 2006 in the Newark District Office. You were provided notice of that interview date by correspondence from the United States Citizenship and Immigration Services, (hereinafter referred to as the Service), dated April 10, 2005. A copy of the scheduling notice was also sent to your attorney. Your attorney did not appear and you decided, after being permitted to make a telephone call to him, to proceed with the interview.

Attached to the notice sent to you was a list of additional documents that you were required to submit to the Service. You were requested to submit the following documents either on the date of the interview, or within *"12 weeks from the date of this notice:"*
1. Your original birth certificate with a certified English translation.
2. Evidence that your marriage to Lmia Mursal is bonafide.
3. Your original marriage certificate with a certified English translation.
4. A record of wages earned and proof of employment with VirtualModem – Interactive Channel Technologies, and Lan Solutions.
5. Original transcripts from the University of Khartoum listing courses taken, dates of attendance, and any degrees or certificates earned.

Additionally, the attachment states *"Failure to submit the evidence within the specified time period may result in the denial of your application."*

At the conclusion of the interview you were given Form I-72 requesting additional documents. Specifically, you were requested to submit the following:   COPY OF ANY AND ALL CHECKS OF CHARITABLE CONTRIBUTIONS YOU CLAIMED TO HAVE MADE FROM 1998 THROUGH 2004; RECEIPTS FROM ANY CHARITABLE ORGANIZATIONS THAT YOU HAVE GIVEN MONEY OR NON-CASH GIFTS OF CHARITY.

8 CFR 103.2(b)(11) states:

*All evidence submitted in response to a Service request must be submitted at one time. The submission of only some of the requested evidence will be considered a request for a decision based on the record.*

8 CFR 103.2(b)(13) states in pertinent part:

*Effect of failure to respond to a request for evidence or appearance. If all requested initial evidence and requested additional evidence is not submitted by the required date, the application or petition shall be considered abandoned and, accordingly, shall be denied.*

In response to the request for evidence from the Service, you submitted, on or about May 16, 2006, a document titled "TO WHOM IT MAY CONCERN    AFFIDAVIT." This document is an alleged listing of your charitable contributions from 1998 to 2005. It contains a schedule that identifies amounts and recipients of your contributions. Absent from the schedule is any mention of your claimed contributions to the Salvation Army. Additionally, you did not provide any canceled checks or receipts as requested in the Form I-72 given to you the date of the interview. You did provide a statement from the United Way listing your pledges to that organization from 2000 to 2005, which you refer to as a receipt. Also absent in your submission are any of the documents that you were requested to submit in the attachment to the notice sent to you on April 10, 2006.

The Service does not consider your submission responsive to the request for additional evidence. You never indicated that during your interview that you would have any problem providing any of the requested information. You have been given more than 4 months to gather the requested documents and submit them to the Service.

Based on the abovementioned facts, the Service considers your application abandoned and is hereby denied. If you fail to depart from the United States, proceedings will be instituted to enforce your departure. Any work authorization given to you is hereby revoked.

Sincerely yours,

Andrea J. Quarantillo
District Director

Regular Mail
EDS
cc: Rajiv S. Khanna, Esq.

www.dhs.gov

**Exhibit H:**
**A copy of the Applicant's birth certificate with a**
**certified English Translation.**

**\*ALL DOCUMENTS IN FOREIGN LANGUAGE MUST BE TRANSLATED. MAY BE DONE IN THE UNITES STATES, NOT BY AN INVOLVED PERSON. MUST BE NOTARIZED.**

### Translator's Certification

I, (Full Name), being duly sworn, depose and says:

That I am thoroughly conversant with the _Arabic_ and English languages: That I have carefully read the attached translation and compared it with the original document in the _Arabic_ language.

That said translation is a true and complete English version of such original, to be best of knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:                    _(signature)_
                          (Translator's Signature)
                          6/18/2002

                              Sworn to before me this
                              18th day of June 2002

GEORGES S. YOUSSEF
NOTARY PUBLIC, STATE OF NEW JERSEY
NO. 1759 QUALIFIED IN MERCER COUNTY
COMMISSION EXPIRES NOV. 14, 200



Nº 183050

**FREE**

جمهورية السودان
رئاسة مجلس الوزراء - مصلحة الاحصاء
تسجيل عام المواليد والوفيات

MINISTRY of HEALTH

**(1) EXTRACT FROM THE LOCAL BIRTH REGISTER Nº**

Province .......................................... Merkaz .......................... Omodieh .......... مديرية .......... مركز .......... عمودية .......... (١)

(2) Number in Register .......................................... رقم القيد بالسجل (٢) ١٨٧

Date of Birth in Figures .......................................... تاريخ الميلاد بالارقام ١٩٦١/٤/١٦

BLOCK LETTERS .......... اسم الطفل بالحروف .......... 

Full Name of Child .......... الاسم الكامل للطفل .......... اسماعيل

Sex .......................................... الجنس .......... ذكر

Nationality .......................................... الجنسية

Name of Father .......................................... اسم الوالد .......... ابراهيم اسماعيل

Name of Mother .......................................... اسم الوالدة .......... 

Place of Birth .......................................... محل الميلاد .......... 

Date of Certificate .......................................... تاريخ الشهادة .......... 

For Senior Medical Officer ..........................................

(1) The number of the page in the .......... Register must be filled in here. هنا
    The consecutive number in the Register must be filled in here. هنا

P.T.O. انظر خلفه

# G.S.Y. PROFESSIONAL SERVICES, INC.
PROMPT ● EFFICIENT TRANSLATIONS
SPECIALIZED ARABIC / ENGLISH LINGUISTS

2828 Kennedy Blvd.
Suite 201
Jersey City, N.J. 07306

Tel (201) 659-3993

**Republic of Sudan**
**General Council Office – Census Department**
**Birth and Deaths Registration form**

EXTRACT FROM THE LOCAL BIRTH REGISTER NO.: 183050

Province: **DARFUR**   Council: **ELFASHIR**     County: **ELFASHIR**

Number in Register: **187**

Date of Birth in Figures: **04/16/1961**

Date of Birth in Block Letters: **April sixteenth sixty one**

Sex: **Male**    Name of Child: **ISMAIL**

Nationality: **SUDANESE**

Name of Father: **HASSAN ADAM**

Name of Mother: **HASSANIA ABDELLA**

Place of Birth: **ELFASHIR**

Date of Issue: **04/18/1961**

......................................................................................................

I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND ACCURATE TRANSLATION
FROM ARABIC TO ENGLISH TO THE BEST OF MY KNOWLEDGE AND THAT I AM
COMPETENT TO TRANSLATE THIS DOCUMENT FROM ARABIC TO ENGLISH.

*SWORN TO BEFORE ME THIS* 18th     *DAY:* June 2002

*NOTARY PUBLIC*