ISMAIL H ADAM & LMIA MURSAL
1425 RASPBERRY COURT
EDISON, NJ 08817

**Internal Revenue Service**
**Philadelphia, PA 19255**

| Form **1040X** | | Department of the Treasury-Internal Revenue Service | | | |
|---|---|---|---|---|---|

**Amended U.S. Individual Income Tax Return**

▶ See separate Instructions.

(Rev. November 2004)

OMB No. 1545-0091

This return is for calendar year ▶ **2004** , or fiscal year ended ▶

| | | |
|---|---|---|
| Your first name and Initial **ISMAIL H** | Last name **ADAM** | Your social security number **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** |
| If a joint return, spouse's first name and Initial **LMIA** | Last name **MURSAL** | Spouse's social security number **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** |
| Home address (no. and street) or P.O. box if mail is not delivered to your home **1425 RASPBERRY COURT** | Apt. no. | Phone number **732-777-0722** |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions. **EDISON     NJ 08817** | | For Paperwork Reduction Act Notice, see page 6. |

*COPY*

A  If the name or address shown above is different from that shown on the original return, check here ............................ ▶ ☐

B  Has the original return been changed or audited by the IRS or have you been notified that it will be? ............................  ☒ Yes   ☐ No

C  Filing status. Be sure to complete this line. You cannot change from joint to separate returns after the due date.

On original return ▶   ☐ Single   ☒ Married filing jointly   ☐ Married filing separately   ☐ Head of household*   ☐ Qualifying widow(er)

On this return ▶   ☐ Single   ☒ Married filing jointly   ☐ Married filing separately   ☐ Head of household*   ☐ Qualifying widow(er)

\* If the qualifying person is a child but not your dependent, see page 2.

Use Part II on the back to explain any changes

| | | A. Original amount or as previously adjusted (see page 3) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions (see pages 2-6)** | | | | |
| 1 Adjusted gross income (see page 3) | 1 | 83,545 | | 83,545 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 17,648 | | 17,648 |
| 3 Subtract line 2 from line 1 | 3 | 65,897 | | 65,897 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 6,200 | | 6,200 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 59,697 | | 59,697 |
| 6 Tax (see pg. 4). Method used in col. C  CGTW | 6 | 8,391 | | 8,391 |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 8,391 | | 8,391 |
| 9 Other taxes (see page 4) | 9 | | | |
| 10 Total tax. Add lines 8 and 9 | 10 | 8,391 | | 8,391 |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 4 | 11 | 19,681 | | 19,681 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 2439, Form 4136, or Form 8885 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 5) | | | 16 | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | |
| 18 Total payments. Add lines 11 through 17 in column C | | | 18 | 19,681 |
| **Refund or Amount You Owe** | | | | |
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 19 | 10,515 |
| 20 Subtract line 19 from line 18 (see page 5) | | | 20 | 9,166 |
| 21 Amount you owe. If line 10, column C, is more than line 20, enter the difference and see page 5 | | | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | | | 22 | 775 |
| 23 Amount of line 22 you want refunded to you | | | 23 | 775 |
| 24 Amount of line 22 you want applied to your     estimated tax | | | 24 | |

**Sign Here**

Joint return? See page 2. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Spouse's signature. If a joint return, both must sign. | Date |
|---|---|---|---|

**Paid Preparer's Use Only**

| Preparer's signature **ROBERT J. GREENE CPA, CMA** | Date **5/30/06** | Check if self-employed ☐ | Preparer's SSN or PTIN **P00143281** |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | **Robert Greene, CPA, CMA** **152 Deer Ridge Dr** **Staatsburg     NY 12580-5616** | | EIN Phone no. **845-889-4439** |

Form **1040X** (Rev. 11-2004)

DAA

. ISMAIL H ADAM & LMIA MURSAL                    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

| **Part I** | **Exemptions.** See Form 1040 or 1040A Instructions. | | **A. Original number of exemptions reported or as previously adjusted** | **B. Net change** | **C. Correct number of exemptions** |
|---|---|---|---|---|---|
| | If you are not changing your exemptions, do not complete this part. If claiming more exemptions, complete lines 25-31. If claiming fewer exemptions, complete lines 25-30. | | | | |
| 25 | Yourself and spouse ............................................. Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you ..................... | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation .......................................................... | 27 | | | |
| 28 | Other dependents ................................................ | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 ........... | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4, | | | | |

|  | Tax year | Exemption amount | But see the Instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|---|
| | 2004 | $3,100 | $107,025 |
| | 2003 | 3,050 | 104,625 |
| | 2002 | 3,000 | 103,000 |
| | 2001 | 2,900 | 99,725 |

| | | | | |
|---|---|---|---|---|
| | | 30 | | |

31   Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name    Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check if qualifying child for child tax credit (see page 5) | No. of children on 31 who: |
|---|---|---|---|---|
| | | | | • lived with you .......... ► ☐ |
| | | | | • did not live with you due to divorce or separation (see page 6) ....... ► ☐ |
| | | | | Dependents on 31 not entered above ► ☐ |

| **Part II** | **Explanation of Changes to Income, Deductions, and Credits** |
|---|---|

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 2 of the instructions. Also, check here ............................................. ► ☐

THE RETURN IS BEING AMENDED TO CLAIM PERSONAL EXEMPTION FOR DEPENDENT SPOUSE.   EXEMPTION WAS NOT ALLOWED ON ORIGINAL RETURN AS SPOUSE DID NOT HAVE A VALID ITIN AT THE TIME.

| **Part III** | **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 to go to the fund but now want to, check here .................................................... ► ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here ................... ► ☐

DAA

Form **1040**

Department of the Treasury - Internal Revenue Service

**U.S. Individual Income Tax Return** **2004** |(99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2004, or other tax year beginning , 2004, ending , 20 | OMB No. 1545-0074

**Label**
(See instructions on page 16.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: **ISMAIL H**   Last name: **ADAM**
Your social security number: **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**

If a joint return, sp. first name & initial: **LMIA**   Last name: **MURSAL**
Spouse's social security number: **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**

Home address (number and street). If you have a P.O. box, see page 16.   Apt. no.
**1425 RASPBERRY COURT**

▲ **Important!** ▲
You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
**EDISON**   **NJ**   **08817**

**Presidential Election Campaign** (See page 18.)
Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ You: Yes ☐ No ☒   Spouse: Yes ☐ No ☐

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child. (See page 17.)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax cr. (see pg. 18) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

If more than four dependents, see page 18.

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 92,048
8a Taxable interest. Attach Schedule B if required | 8a |
b Tax-exempt interest. Do not include on line 8a | 8b |
9a Ordinary dividends. Attach Schedule B if required | 9a | 152
b Qualified dividends (see page 20) | 9b | 144
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | 128
11 Alimony received | 11 |
12 Business income or (loss). Attach Schedule C or C-EZ | 12 | -5,783
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000
14 Other gains or (losses). Attach Form 4797 | 14 |
15a IRA distributions | 15a |   b Taxable amount (see page 22) | 15b |
16a Pensions and annuities | 16a |   b Taxable amount (see page 22) | 16b |
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
18 Farm income or (loss). Attach Schedule F | 18 |
19 Unemployment compensation | 19 |
20a Social security benefits | 20a |   b Taxable amount (see page 24) | 20b |
21 Other income. List type and amt. (see page 24) | 21 |
22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 83,545

**Adjusted Gross Income**

23 Educator expenses (see page 26) | 23 |
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
25 IRA deduction (see page 26) | 25 |
26 Student loan interest deduction (see page 28) | 26 |
27 Tuition and fees deduction (see page 29) | 27 |
28 Health savings account deduction. Attach Form 8889 | 28 |
29 Moving expenses. Attach Form 3903 | 29 |
30 One-half of self-employment tax. Attach Schedule SE | 30 |
31 Self-employed health insurance deduction (see page 30) | 31 |
32 Self-employed SEP, SIMPLE, and qualified plans | 32 |
33 Penalty on early withdrawal of savings | 33 |
34a Alimony paid   b Recipient's SSN ▶ | 34a |
35 Add lines 23 through 34a | 35 | 83,545
36 Subtract line 35 from line 22. This is your adjusted gross income ▶ | 36 | 83,545

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 75.
Form **1040** (2004)
DAA

**Form 1040 (2004)** ISMAIL H ADAM & LMIA MURSAL                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  Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) | | | 37 | 83,545 |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind. Total boxes | | | | |
| | b | ☐ Spouse was born before January 2, 1940, ☐ Blind. checked ▶ 38a ☐ | | | | |
| | | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 38b ☐ | | | | |
| **Standard Deduction for—** | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | | 39 | 17,648 |
| | 40 | Subtract line 39 from line 37 | | | 40 | 65,897 |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see page 31. | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet on page 33 | | | 41 | 6,200 |
| | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | | | 42 | 59,697 |
| | 43 | Tax (see page 33). Check if any tax is from:  a ☐ Form(s) 8814 | | | 43 | 8,391 |
| | | b ☐ Form 4972 | | | | |
| • All others: | 44 | Alternative minimum tax (see page 35). Attach Form 6251 | | | 44 | |
| Single or Married filing separately, $4,850 | 45 | Add lines 43 and 44 | | | ▶ 45 | 8,391 |
| | 46 | Foreign tax credit. Attach Form 1116 if required | 46 | | | |
| Married filing jointly or Qualifying widow(er), $9,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 | 47 | | | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R | 48 | | | |
| | 49 | Education credits. Attach Form 8863 | 49 | | | |
| Head of household, $7,150 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | | |
| | 51 | Child tax credit (see page 37) | 51 | | | |
| | 52 | Adoption credit. Attach Form 8839 | 52 | | | |
| | 53 | Credits from:  a ☐ Form 8396   b ☐ Form 8859 | 53 | | | |
| | 54 | Other credits. Check applicable box(es):  a ☐ Form 3800 | | | | |
| | | b ☐ Form 8801   c ☐ Specify | 54 | | | |
| | 55 | Add lines 46 through 54. These are your total credits | | | 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- | | | 56 | 8,391 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | | 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | | 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 | | | 60 | |
| | 61 | Household employment taxes. Attach Schedule H | | | 61 | |
| | 62 | Add lines 56 - 61. This is your total tax | | | ▶ 62 | 8,391 |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 | 63 | 19,681 | | |
| If you have a qualifying child, attach Schedule EIC. | 64 | 2004 estimated tax payments and amount applied from 2003 return | 64 | | | |
| | 65a | Earned income credit (EIC) | 65a | | | |
| | b | Nontaxable combat pay election ▶ | 65b | | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see page 54) | 66 | | | |
| | 67 | Additional child tax credit. Attach Form 8812 | 67 | | | |
| | 68 | Amount paid with request for extension to file (see page 54) | 68 | | | |
| | 69 | Other pymt. from:  a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885 | 69 | | | |
| | 70 | Add lns. 63, 64, 65a, & 66 - 69. These are your total payments | | | ▶ 70 | 19,681 |
| **Refund** Direct deposit? See page 54 and fill in 72b, 72c, and 72d. | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | | | 71 | 11,290 |
| | 72a | Amount of line 71 you want refunded to you | | | 72a | 11,290 |
| | ▶ b | Routing number 044000804  ▶ c Type: ☒ Checking  ☐ Savings | | | | |
| | ▶ d | Account number 041112908232 | | | | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax ▶ | 73 | | | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see page 55 | | | ▶ 74 | |
| | 75 | Estimated tax penalty (see page 55) | 75 | | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS (see page 56)?  ☒ Yes. Complete the following.  ☐ No.
Designee's name ▶ **Preparer**   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**  Joint return? See page 17. Keep a copy for your records.
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Date | Your occupation **COMPUTER ANALYST** | Daytime phone number |
|---|---|---|---|
| Your signature | | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation **HOUSEWIFE** | |

**Paid Preparer's Use Only**
Preparer's signature ▶ **ROBERT J. GREENE CPA, CMA**   Date **5/30/06**   Check if self-employed ☐   Preparer's SSN or PTIN **P00143281**
Firm's name (or yours if self-employed), address, and ZIP code ▶ **Robert Greene, CPA, CMA   152 Deer Ridge Dr   Staatsburg   NY 12580-5616**   EIN   Phone no. **845-889-4439**

Form **1040** (2004)

DAA

| SCHEDULES A&B<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service    (99) | Schedule A-Itemized Deductions<br>(Schedule B is on back)<br>▶ Attach to Form 1040.   ▶ See Instructions for Schedules A and B (Form 1040). | OMB No. 1545-0074<br>**2004**<br>Attachment<br>Sequence No.   **07** |
|---|---|---|

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| ISMAIL H ADAM & IMIA MURSAL | 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 |

| Medical<br>and<br>Dental<br>Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | |
|---|---|---|---|---|---|
| | 1 | Medical and dental expenses (see page A-2) | 1 | 422 | |
| | 2 | Enter amt. from Form 1040, line 37 [ 2 ] 83,545 | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 6,266 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You<br>Paid**<br><br>(See<br>page A-2.) | 5 | State and local (check only one box):<br> a [X] Income taxes, or<br> b [ ] General sales taxes (see page A-2) | 5 | 6,808 | |
| | 6 | Real estate taxes (see page A-3) | 6 | 2,470 | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶<br> Unemployment Ins W/H | 8 | 103 | |
| | 9 | Add lines 5 through 8 | | 9 | 9,381 |
| **Interest<br>You Paid**<br>(See<br>page A-3.)<br><br>Note.<br>Personal<br>Interest is<br>not<br>deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 5,146 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid<br>to the person from whom you bought the home, see page A-4 and show that<br>person's name, identifying no., and address ▶<br> | 11 | | |
| | 12 | Points not reported to you on Form 1098. See page A-4<br>for special rules | 12 | | |
| | 13 | Investment Interest. Attach Form 4952 if required. (See<br>page A-4.) | 13 | | |
| | 14 | Add lines 10 through 13 | | 14 | 5,146 |
| **Gifts to<br>Charity**<br>If you made a<br>gift and got a<br>benefit for it,<br>see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or<br>more, see page A-4 | 15 | 750 | |
| | 16 | Other than by cash or check. If any gift of $250 or more,<br>see page A-4. You must attach Form 8283 if over $500 | 16 | 495 | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 1,245 |
| **Casualty and<br>Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | 19 | |
| **Job Expenses<br>and Most<br>Other<br>Miscellaneous<br>Deductions**<br><br>(See<br>page A-5.) | 20 | Unreimbursed employee expenses-job travel, union<br>dues, job education, etc. Attach Form 2106 or 2106-EZ<br>if required. (See page A-6.) ▶<br> Form 2106 Expenses | 20 | 2,807 | |
| | 21 | Tax preparation fees | 21 | 300 | |
| | 22 | Other expenses-investment, safe deposit box, etc. List<br>type and amount ▶<br> INVESTMENT EXPENSES | 22 | 440 | |
| | 23 | Add lines 20 through 22 | 23 | 3,547 | |
| | 24 | Enter amt. from Form 1040, line 37 [ 24 ] 83,545 | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | 1,671 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | 1,876 |
| **Other<br>Miscellaneous<br>Deductions** | 27 | Other-from list on page A-6. List type and amount ▶<br> | | 27 | |
| **Total<br>Itemized<br>Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if married filing separately)?<br>[X] **No.**  Your deduction is not limited. Add the amounts in the far right column<br>  for lines 4 through 27. Also, enter this amount on Form 1040, line 39.<br>[ ] **Yes.**  Your deduction may be limited. See page A-6 for the amount to enter. | ▶ | 28 | 17,648 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                              Schedule A (Form 1040) 2004

DAA

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **09**

Name of proprietor: ISMAIL H ADAM

Social security number (SSN): 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

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
ONLINE WHOLESALE AND RETAIL DISTRIB

**B** Enter code from pages C-7, 8, & 9
▶ 999999

**C** Business name. If no separate business name, leave blank.
EBIZIA.COM

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ 1425 RASPBERRY COURT
City, town or post office, state, and ZIP code    EDISON    NJ 08817

**F** Accounting method: (1) ☐ Cash (2) ☒ Cash (3) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses ........... ☒ Yes ☐ No

**H** If you started or acquired this business during 2004, check here ................................. ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | 459 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 459 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 459 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 459 |

## Part II    Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 |
| 9 | Car and truck expenses (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a |
| 11 | Contract labor (see page C-4) | 11 | | b | Other business property | 20b |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 |
| | | | | 23 | Taxes and licenses | 23 |
| | | | | 24 | Travel, meals, and entertainment: | |
| | | | | a | Travel | 24a | 2,139 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Meals and entertainment | |
| 15 | Insurance (other than health) | 15 | | c | Enter nondeductible amount included on line 24b (see page C-5) | |
| 16 | Interest: | | | | | |
| a | Mortgage (paid to banks, etc.) | 16a | | d | Subtract line 24c from line 24b | 24d |
| b | Other | 16b | | 25 | Utilities | 25 |
| 17 | Legal and professional services | 17 | | 26 | Wages (less employment credits) | 26 |
| 18 | Office expense | 18 | | 27 | Other expenses (from line 48 on page 2) | 27 | 4,103 |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 6,242 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | -5,783 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.
  • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If a loss, you must go to line 32. | 31 | -5,783 |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
  • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198.

32a ☒ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule C (Form 1040) 2004

DAA

. ISMAIL H ADAM                                                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

Schedule C (Form 1040) 2004   ONLINE WHOLESALE AND RETAIL DISTRIB                    Page 2

### Part III   Cost of Goods Sold (see page C-6)

33  Method(s) used to
value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If
"Yes," attach explanation .................................................................................................... ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36  Purchases less cost of items withdrawn for personal use | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38  Materials and supplies | 38 | |
| 39  Other costs | 39 | |
| 40  Add lines 35 through 39 | 40 | |
| 41  Inventory at end of year | 41 | |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV   Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ ....................... .

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

**a**  Business ........................... **b**  Commuting ................... **c**  Other ...........................

45  Do you (or your spouse) have another vehicle available for personal use? ........................................... ☐ Yes   ☐ No
46  Was your vehicle available for personal use during off-duty hours? .................................................... ☐ Yes   ☐ No
47a Do you have evidence to support your deduction? ........................................................................ ☐ Yes   ☐ No
  **b** If "Yes," is the evidence written? ........................................................................................ ☐ Yes   ☐ No

### Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| PARKING EXPENSES | 600 |
| BUSINESS CLOTHS | 1,458 |
| SAMPLES | 450 |
| BUSINESS SUPPORT MATERIAL | 373 |
| SEMINARS AND CONFERENCES | 500 |
| HOTELS AND AIR TICKETS | 722 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**  Total other expenses. Enter here and on page 1, line 27 | **4,103** |

Schedule C (Form 1040) 2004

DAA

**SCHEDULE D**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Capital Gains and Losses**

▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **12**

Name(s) shown on Form 1040
ISMAIL H ADAM & LMIA MURSAL

Your social security number
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

**Part I    Short-Term Capital Gains and Losses-Assets Held One Year or Less**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D 6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1    300 CITIGROUP | 4/28/04 | 5/04/04 | 14,670 | 14,604 | 66 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | |
|---|---|---|---|
| 2    Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3    Total short-term sales price amounts. Add lines 1 and 2 in column (d) | 3 | 14,670 | |
| 4    Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | | 4 | |
| 5    Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 5 | |
| 6    Short-term capital loss carryover. Enter the amount, if any, from line 8 of your Capital Loss Carryover Worksheet on page D-6 of the instructions | | 6 | ( 18,932) |
| 7    Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) | | 7 | -18,866 |

**Part II    Long-Term Capital Gains and Losses-Assets Held More Than One Year**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see page D-6 of the instructions) | (e) Cost or other basis (see page D-6 of the instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8 |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| | | | |
|---|---|---|---|
| 9    Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | |
| 10    Total long-term sales price amounts. Add lines 8 and 9 in column (d) | 10 | | |
| 11    Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | | 11 | |
| 12    Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | | 12 | |
| 13    Capital gain distributions. See page D-1 of the instructions | | 13 | |
| 14    Long-term capital loss carryover. Enter the amount, if any, from line 13 of your Capital Loss Carryover Worksheet on page D-6 of the instructions | | 14 | 2,487) |
| 15    Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on the back | | 15 | -2,487 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule D (Form 1040) 2004

DAA

. ISMAIL H ADAM & IMIA MURSAL                                   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

Schedule D (Form 1040) 2004                                                    Page 2

**Part III    Summary**

| | | | |
|---|---|---|---|
| 16 | Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below .......................... | **16** | **−21,353** |
| 17 | Are lines 15 and 16 both gains? | | |
| | ☐ **Yes.** Go to line 18. | | |
| | ☐ **No.** Skip lines 18 through 21, and go to line 22. | | |
| 18 | Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** on page D-7 of the instructions .......................................................................................... ▶ | **18** | |
| 19 | Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** on page D-8 of the instructions ................................................................ ▶ | **19** | |
| 20 | Are lines 18 and 19 both zero or blank? | | |
| | ☐ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 34 of the Instructions for Form 1040. Do not complete lines 21 and 22 below. | | |
| | ☐ **No.** Complete Form 1040 through line 42, and then complete the **Schedule D Tax Worksheet** on page D-9 of the instructions. Do not complete lines 21 and 22 below. | | |
| 21 | If line 16 is a loss, enter here and on Form 1040, line 13, the smaller of: | | |
| | • The loss on line 16 or | | |
| | • ($3,000), or if married filing separately, ($1,500) .......................................... | **21** | **3,000)** |
| | **Note.** When figuring which amount is smaller, treat both amounts as positive numbers. | | |
| 22 | Do you have qualified dividends on Form 1040, line 9b? | | |
| | ☒ **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** on page 34 of the Instructions for Form 1040. | | |
| | ☐ **No.** Complete the rest of Form 1040. | | |

Schedule D (Form 1040) 2004

DAA

OMB No. 1545-0191

Form **4952**

Department of the Treasury
Internal Revenue Service   (99)

**Investment Interest Expense Deduction**

▶ Attach to your tax return.

**2004**

Attachment
Sequence No. **51**

| Name(s) shown on return | Identifying number |
|---|---|
| ISMAIL H ADAM & LMIA MURSAL | 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 |

| Part I | Total Investment Interest Expense | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2004 (see Instructions) | 1 | |
| 2 | Disallowed investment Interest expense from 2003 Form 4952, line 7 | 2 | 4 |
| 3 | Total Investment Interest expense. Add lines 1 and 2 | 3 | 4 |

**Part II    Net Investment Income**

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | 4a | 152 | | |
| b | Qualified dividends included on line 4a | 4b | 144 | | |
| c | Subtract line 4b from line 4a | | | 4c | 8 |
| d | Net gain from the disposition of property held for investment | 4d | | | |
| e | Enter the smaller of line 4d or your net capital gain from the disposition of property held for investment (see Instructions) | 4e | | | |
| f | Subtract line 4e from line 4d | | | 4f | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income (see instructions) | | | 4g | |
| h | Investment income. Add lines 4c, 4f, and 4g | | | 4h | 8 |
| 5 | Investment expenses (see instructions) | | | 5 | 440 |
| 6 | Net Investment Income. Subtract line 5 from line 4h. If zero or less, enter -0- | | | 6 | |

**Part III    Investment Interest Expense Deduction**

| | | | |
|---|---|---|---|
| 7 | Disallowed investment Interest expense to be carried forward to 2005. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 4 |
| 8 | Investment Interest expense deduction. Enter the smaller of line 3 or 6. See Instructions | 8 | |

For Paperwork Reduction Act Notice, see back of form.

DAA

Form **4952** (2004)

| Form **2106** | **Employee Business Expenses** | OMB No. 1545-0139 |
|---|---|---|
| | ▶ See separate Instructions. | **2004** |
| Department of the Treasury<br>Internal Revenue Service   (99) | ▶ Attach to Form 1040. | Attachment<br>Sequence No.  **54** |

| Your name<br>ISMAIL H    ADAM | Occupation in which you incurred expenses<br>COMPUTER ANALYST | Social security number<br>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 |
|---|---|---|

**Part I**   Employee Business Expenses and Reimbursements

### Step 1  Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | 197 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel or commuting to and from work | 2 | 25 | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment | 3 | 120 | |
| 4 | Business expenses not included on lines 1 through 3. Do not include meals and entertainment | 4 | 2,465 | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | |
| 6 | Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 2,807 | |

**Note:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

### Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| 7 | Enter reimbursements received from your employer that were not reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | | 256 |
|---|---|---|---|---|

### Step 3  Figure Expenses To Deduct on Schedule A (Form 1040)

| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 | 8 | 2,807 | |
|---|---|---|---|---|
| | **Note:** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 70% (.70) instead of 50%. For details, see instructions.) | 9 | 2,807 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on Schedule A (Form 1040), line 20. (Reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.)   ▶ | 10 | | 2,807 |

For Paperwork Reduction Act Notice, see instructions.                    Form **2106** (2004)

DAA

Form 2106 (2004)   ISMAIL H    ADAM                    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                    Page 2

## Part II   Vehicle Expenses

### Section A—General Information (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | 1/01/03 | |
| 12 | Total miles the vehicle was driven during 2004 | 12 | 25,580 miles | miles |
| 13 | Business miles included on line 12 | 13 | 525 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 2.052 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | 25,055 miles | miles |
| 18 | Do you (or your spouse) have another vehicle available for personal use? | | X Yes | No |
| 19 | Was your vehicle available for personal use during off-duty hours? | | X Yes | No |
| 20 | Do you have evidence to support your deduction? | | X Yes | No |
| 21 | If "Yes," is the evidence written? | | X Yes | No |

### Section B—Standard Mileage Rate (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 37.5 ¢ (.375) | 22 | 197 |

### Section C—Actual Expenses

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount (see instructions) | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2—see instructions) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation (see instructions) | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

### Section D—Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | | | |
| 31 | Enter section 179 deduction and special allowance (see instructions) | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction or special allowance) | 32 | | | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the smaller of line 35 or line 37. Also enter this amount on line 28 above | 38 | | | | |

Form **2106** (2004)

DAA






















**Exhibit J:**
**Copy of Applicant's marriage certificate with an English translation.**

University of Khartoum

Faculty of Arts

Translation & Arabicization Unit

Khartoum - Sudan - P.O. Box: 321

Tel: 0-183/784845



بسم الله الرحمن الرحيم

جامعــــــــــة الخرطـــــــوم

كليــــــــــة الآداب

وحدة الترجمـــــة والتعريب

الخرطوم – السودان ص.ب: ٣٢١

تلفون: 0-183/784845

---

Translation in conformity with the original in Arabic

Sharia Courts Form No. 1 2

### Republic of the Sudan
### The Judiciary

No: 226033

### MARAIAGE CONTRACT

That on 4.2.1425 H. corresponding to 25 March 2004, I, A.O.M.Ahmed, marital clerk of Elbarari, accredited by Khartoum East Sharia Court, contracted the marriage of   ISMAIL HASSAN ADAM ISMAIL
And his adult virgin fiancée LMIA HUSSEIN AHMED MURSAL under the guardianship of her father represented by I.A.Mursal. Dowry agreed upon 20,000.- dinars all paid in advance.

This is a legitimate marriage, conducted in accordance with the provisions of the Islamic Sharia, with due consent and acceptance of the contracting parties given in the presence of H.M.Hamoda and A.N.A.Mursal who stood witnesses to all this.

Two copies of same are issued, of which one copy is given to the wife and the other to the husband.

Signatures:
- The two witnesses.
- For the hasband: J.Y.Hassan.
- For the wife: I.A.Mursal.
- The marital clerk.

<u>Back page</u>

Checked and proved authentic.
Signed: court judge.

Certification of Sudan Judiciary No. 4829 dated 28.3.2004

TAY/MO.

This translation is certified true, correct, and in conformity with text presented to us.







بسم الله الرحمن الرحيم

جمهورية السودان
الهيئة القضائية

دفتر نمرة ١٢ محاكم
شرعية

№ 226033

❊ وثيقة عقد زواج ❊

انه في يوم ........................... شهر .............. سنة ..............
الموافق يوم .......................... شهر .............. سنة .............. ميلادية
عن يدي انا .............................................................. مأذون منطقة (............)
التابعة لمحكمة .................................. تم عقد زواج كل من ت ـ

١/ .................................................................................
..................................................................................

٢/ .................................................................................
..................................................................................

بحضور وشهادة كل من:
١ـ ...............................................................................
٢ـ ...............................................................................

العارفين للمتعاقدين المعرفة التامة والشاهدين بهذا كله وبخلوهما من الموانع الشرعية والاصطلاحية.

على صداق قيمته: ...............( ) مقبوض منه ...............( )
ومؤجل ...............( ).

زواجا شرعيا على كتاب الله وسنة رسوله صلى الله عليه وسلم بايجاب وقبول.
وحررت بذلك نسختان سلمت احداهما للزوجة والأخرى للزوج.

ورسم ذلك وقدره ...............(دينار)

التوقيعات:        الزوجان:                الشاهدان:
١/ .................        ١/ .................
٢/ .................        ٢/ .................

(امضاء المأذون) .................

**Exhibit K:**
**A copy of the employment letter in favor of the**
**applicant issued by VirtualModem-Interactive**
**Channel Technologies along with a pay-stub issued by**
**them in Applicant's favor.**

INTERACTIVE CHANNEL TECHNOLOGY
XEROX CENTRE
150 DUFFERIN AVE SUITE 906
LONDON ONTARIO          N6A 5N6

| EMPLOYEE NO.<br>N° DE L'EMPLOYÉ | DATE | ACCOUNT NO.<br>N° DE COMPTE |
|---|---|---|
| 230-0401 | 16-01-98 | 5152126 |

DEPOSIT TO:          DÉPOSER AU NOM DE:

ADAM, ISMAIL
1109-940 COMMISSIONERS RD
LONDON ONTARIO      N5Z 3J2

$***1015.94

NOT NEGOTIABLE - DEPOSIT ADVICE ONLY
**THE TORONTO-DOMINION BANK**
CANADA TRUST
353 WELLINGTON ROAD
LONDON ONT     N6C 4P8
50912362

NON NÉGOCIABLE - AVIS DE DÉPÔT SEULEMENT
**LA BANQUE TORONTO-DOMINION**

| PAY DATE DE PAYÉ | PÉRIOD FINISHED<br>PÉRIODE TERMINÉE LE | TOTAL DEDUCTIONS<br>TOTAL DES RETENUES | NET PAY<br>PAIE NETTE | TYPE<br>GENRE | CURRENT<br>ACTUELLES | YEAR TO DATE<br>CUMULATIVES |
|---|---|---|---|---|---|---|
| 16-01-98 | 16-01-98 | 387.91 | 1015.94 | FED | 306.39 | 612.78 |
| CURR. CLIENT | DEPT. BON. | EMPL. | EMPLOYEE NAME NOM DE L'EMPLOYÉ | E I | 37.90 | 75.80 |
| 03690 | 230 | 0401 | ADAM, ISMAIL | CPP | 40.62 | 81.24 |
| | | | | SOC | 3.00 | 8.00 |

| TYPE<br>GENRE | EARNINGS<br>CURRENT ACTUELLE | GAINS<br>YEAR TO DATE<br>CUMULATIVES | TOTAL EARNINGS<br>TOTAL DES GAINS |
|---|---|---|---|
| REG | 1403.85 | 2807.70 | 1403.85 |
| NET | | 2031.88 | |

DEDUCTIONS
RETENUES ►

EMPLOYEE OCCUPATION
PROFESSION DE L'EMPLOYÉ

DAYS/HOURS PAID
JOURS/HEURES PAYÉES

REG
RÉG
1403.85

| REG HRS<br>RÉGULIÈRES | OVERTIME<br>SURTEMPS |
|---|---|
| 75.00 | |

State of New York
County of _NEW YORK_

**BEFORE ME**, the undersigned Notary, _CRISTIAN     TEODORESCU_ ,

On this 24th day of April, 2006, personally appeared **Mr. Abuobaida Abubakr**, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

Mr. Ismail Adam and I were partners in LAN Solutions, a small Computer Consulting Service we established in 1994 in Ontario Canada. We tried to launch our carriers as new immigrants in Canada. Unfortunately, it was very difficult and challenging and as such Mr. Adam ended taking full employment with Interactive Channel Inc. of London, Ontario in late 1996.

I continued the business on my own and incorporated in 1997. At the moment, I work as a senior Information Security Engineer at the United Nations in NY.

Please find attached a copy of the certificate of registration in Ontario, Canada. Should you have any questions, please don't hesitate to contact me.

Abuobaida Abubakr
833 Grove Ave
Edison, NJ 08820

Subscribed and sworn to before me, this 24th day of April, 2006

_____
[signature of Notary]

CRISTIAN TEODORESCU
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
REG. # 01TE6133740
MY COMM. EXPIRES 09-19-2009

## ⓦ **Ontario**

Ministry of
Consumer and
Commercial Relations

Ministère de
la Consommation
et du Commerce

**Registration**
under the Business Names Act - Sole Proprietorship/Partnership

**Enregistrement**
en vertu de la Loi sur les noms commerciaux (Entreprise personnelle/société en nom collectif)

Print clearly in CAPITAL LETTERS / Écrivez clairement en LETTRES MAJUSCULES

**Form 1**

**Formule 1**

Page_1_of/de_1

1. Registration Type
   Type d'enregistrement

   BIN / NE  970538641

   If B, C or D enter "Business Identification Number"
   En cas de B, C ou D, inscrivez "Le n° d'identification de l'entreprise"

   A [X] New
       Nouvel

   B [ ] Renewal
         Renouvellement

   C [ ] Amendment
         Modification

   D [ ] Cancellation
         Révocation

2. Business Name / Nom commercial

   LAN SOLUTIONS

3. Mailing Address
   Adresse postale

   | Street Number / N° chèque | Street name/Nom de la rue | | Suite No./Bureau n° |
   |---|---|---|---|
   | 940 | COMMISSIONERS RD. E. | | 1109 |

   | City/Town/Ville | Province | Country/Pays | Postal Code/Code postal |
   |---|---|---|---|
   | LONDON | ONTARIO | | N5Z 3J2 |

4. Address of principal place of business in Ontario/Adresse de l'établissement principal en Ontario.  [X] Same as above / Idem à ci-dessus

   | Street Number / N° chèque | Street Name / Nom de la rue | | Suite No./Bureau n° |
   |---|---|---|---|
   | | | | |

   | City/Town Ville | Province Province | Ontario | Postal Code Code postal |
   |---|---|---|---|

5. ACTIVITY being carried out under the business name/ ACTIVITÉ exercée sous le nom commercial.

   COMPUTER CONSULTANT

6. Type of Registrant / Type de société enregistrant le nom

   A [X] Sole proprietorship    OR/OU   B [ ] Partnership          [ ] More than 10 Partners: records at business address
         Entreprise personnelle                Société en nom collectif        Plus de 10 associés: dossiers à l'adresse d'affaires

   Registrant Information / Renseignements sur la personne enregistrée

7. Last Name / Nom de famille  ABUBAKR      First Name / Prénom  ABUOBAIDA      Middle Initial / Initiale (milieu)  MOHAMED

8. | Street Number N° chèque | 940 | Street Name Nom de la rue | COMMISSIONERS RD. E. | Suite No. Bureau n° | 1109 |
   |---|---|---|---|---|---|

   | City/Town Ville | LONDON | Province Province | ONTARIO | Country Pays | CANADA | Postal Code Code postal | N5Z 3J2 |
   |---|---|---|---|---|---|---|---|

   Additional Information
   Renseignements supplémentaires

   Ont. Corporation No.
   N° matricule de la personne morale en Ontario

7. Last Name / Nom de famille      First Name / Prénom      Middle Initial / Initiale (milieu)

8. | Street Number N° chèque | Street Name Nom de la rue | Suite No. Bureau n° |
   |---|---|---|

   | City/Town Ville | Province Province | Country Pays | Postal Code Code postal |
   |---|---|---|---|

   Additional Information
   Renseignements supplémentaires

   Ont. Corporation No.
   N° matricule de la personne morale en Ontario

9. Name of person authorizing this registration  (either the sole proprietor, a partner, or a person acting under the power of attorney).
   Nom de la personne autorisant l'enregistrement  (propriétaire unique, associé ou personne habilitée en vertu d'une procuration).

   | Last name Nom de famille | ABUBAKR | First name Prénom | ABUOBAIDA | Middle name 2° prénom | MOHAMED |
   |---|---|---|---|---|---|

   OR / OU

   Additional Information
   Renseignements supplémentaires

   MINISTRY USE ONLY - RÉSERVÉ AU MINISTÈRE

   BIN:  970538641
   NAME: LAN SOLUTI
   REG'N: 1997-04-28
   EXPIRY: 2002-04-27

**Exhibit L:**
**A copy of the transcript from University of**
**Khartoum.**




**UNIVERSITY OF KHARTOUM**

**FACULTY OF SCIENCE**

# CERTIFICATE

### THIS IS TO CERTIFY THAT

( *NAME* )    ISMAIL HASSAN ADAM

*has passed the* ———— Final B. Sc. (General) ———— *Examination*

*in the Faculty of* SCIENCE

*and has been awarded the degree of* ———— Bachelor of Science in

Mathematics &    Chemistry

*Date* ———— 11. 11. 1985

*by the Senate of the University of Khartoum.*

REPUBLIC
OF THE SUDAN
CERTIFIED BY THE MINISTRY
OF FOREIGN AFFAIRS AS THE
GENUINE
Signature of .....
and Seal of .......
Signature .....
Date ...........

Dr. G. Yousif
Dean Faculty of Science

Academic Secretary

Tag El Sir Osman

REGISTRAR

FACULTY STAMP

Academic Secretary's Office
University of Khartoum
JUN 1989

University of Khartoum
JUN 1989
Faculty of Science

Examination
Date

**SCHOOL OF MATHEMATICAL SCIENCES**

University of Khartoum
P. O. Box 321
Khartoum Sudan
Tel. : 80627
Telex : 22113



مدرســـة العلــــوم الرياضية

جامعـة الخرطوم
ص . ب : ٣٢١
الخرطوم الـــودان
هاتـف : ٨٠٦٢٧
تلكــس : ٢٢١١٣

28.1.1989

SUBJECT: Math. courses attended by Ismail Hassan Adam during
his study programme in the Faculty of Science.

preliminary year 1981/82

| | | |
|---|---|---|
| M1014 | Basic Mathematics | (48 hoursof lectures) |
| M1o24 | Algebra & Geometry | (48 hours of lectures) |
| M1036 | Calculus & Applications | (72 hours of lectures) |
| M1042 | Vectors & Mechanics | (24 hours of lectures) |

INTERMEDIATE YEAR 1982/83

| | | |
|---|---|---|
| M2014 | Differential Equations & Applications I | (48 hours of lectures) |
| M2104 | Calculus II | (48 hours of lectures) |
| M2032 | Several Variables | (24 hours of lectures) |

THIRD YEAR 1983/84

| | | |
|---|---|---|
| A3164 | Differential Equations & Applications II | (48 hours of lectures) |
| M2062 | Basic Probability & Statistics | (24 hours of lectures) |
| M2042 | Computer Programming | (24 hours of lectures) |
| M2082 | Vector Analysis | (24 hours of lectures) |
| M2052 | Linear Algebra I | (24 hours of lectures) |

B.Sc. General (FOURTH YEAR) 1984/85

| | | |
|---|---|---|
| A3044 | Complex Variables | (48 hours of lectures) |
| C3052 | Numerical Computations I | (24 hours oflectures) |
| C3012 | Data Structures I | (24 hours of lectures) |
| P3032 | Group Theory | (24 hours of lectures) |
| S3092 | Least Squares | (24 hours of lectures) |

Seifel Din Ahmed Osman
Registrar,
School of Mathematical Sciences

Dr. Osman M. El Mekki
Dean,
School of Mathematical Sciences

Academic Secretary's Office
University of Khartoum
18 JAN 1990
Examination

University of Khartoum
School of Mathematical Sciences
Signature:
Date: 28-1-1989