UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ISMAIL HASSAN ADAM, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1710 (RMC) |
| MICHAEL CHERTOFF, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. #18] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's request to stay set forth in the Response to the Motion to Dismiss [Dkt. #20] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: November 16, 2006                          /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge